### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ROSSI M. POTTS,     *
          Plaintiff,     *

v.     *     Civil Action No.: 1:05-CV-01317

HOWARD UNIVERSITY,     *
          Defendant.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of the Motion of Defendant Howard University to Dismiss Plaintiff's Complaint, and good cause therefor having been shown, it is, this ___ day of August, 2005, by the United States District Court for the District of Columbia,

ORDERED that the Complaint of Rossi M. Potts is DISMISSED.

                                        _____
                                        United States District Judge

cc:     Timothy F. McCormack, Esquire
        Jennifer E. Keyser, Esquire
        Ballard Spahr Andrews & Ingersoll, LLP
        18th Floor
        300 E. Lombard Street
        Baltimore, MD  21202

        Rossi M. Potts
        14124 Bishop Claggett Court
        Upper Marlboro, Maryland 20772