IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No.: 1:05-CV-01317 |
| | * |
| HOWARD UNIVERSITY, | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **PRECIPAE**

Defendant Howard University hereby submits Exhibits A and B it inadvertently omitted from the Memorandum in Support of the Motion to Dismiss of Howard University filed in this Court on August 1, 2005.

Respectfully submitted,

/s/_____
Timothy F. McCormack
Bar No. 385025
Jennifer E. Keyser

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 E. Lombard Street
18th Floor
Baltimore, Maryland 21202
(410) 528-5600
Facsimile: (410) 361-8901

Attorney for Defendant Howard University

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on the 2nd day of August, 2005 a copy of the foregoing was sent via first class mail, postage prepaid to:

    Rossi M. Potts
    14124 Bishop Claggett Court
    Upper Marlboro, Maryland  20772

                                        /s/_____
                                          Timothy F. McCormack