# Agreement

### Between

## HOWARD UNIVERSITY/
## HOWARD UNIVERSITY HOSPITAL

### and

## THE AMERICAN FEDERATION
## OF STATE, COUNTY
## AND MUNICIPAL EMPLOYEES,
## AFL-CIO
## DISTRICT COUNCIL 20, LOCAL 2094

EXHIBIT A

## TABLE OF CONTENTS

| | | |
|---|---|---|
| PREAMBLE | | ....1 |
| ARTICLE I | RECOGNITION | ....2 |
| ARTICLE II | UNION SECURITY | ....2 |
| ARTICLE III | CHECKOFF AND UNION DUES | ....3 |
| ARTICLE IV | HOURS OF WORK | ....3 |
| Section 1 | Regular Hours | ....4 |
| Section 2 | Work Schedule | ....4 |
| Section 3 | Work Day or Shift | ....4 |
| Section 4 | Rest Breaks | ....5 |
| Section 5 | Work Schedule | ....5 |
| Section 6 | Reporting Time | ....5 |
| Section 7 | Staffing Schedules | ....6 |
| Section 8 | Permanent Shift | ....6 |
| ARTICLE V | MEALS | ....6 |
| ARTICLE VI | HOLIDAYS | ....7 |
| Section 1 | Regular Holidays | ....7 |
| Section 2 | Special Holidays | ....8 |
| ARTICLE VII | LEAVE | ....8 |
| Section 1 | Annual Leave | ....8 |
| Section 2 | Sick Leave | ....10 |
| Section 3 | Personal Leave | ....12 |
| Section 4 | Leaves of Absence | ....12 |
| Section 5 | Leave Without Pay | ....13 |
| Section 6 | Absence Without Leave | ....14 |
| Section 7 | Procedure | ....14 |
| Section 8 | Bonus Time Off | ....14 |
| Section 9 | Satisfactory Leave Record | ....15 |
| Section 10 | Use of Annual Leave on Death in Immediate Family | ....16 |
| ARTICLE VIII | REMISSION OF TUITION | ....16 |
| Section 1 | Faculty and Staff | ....16 |

i

| | | |
|---|---|---|
| ARTICLE IX | OVERTIME | 18 |
| Section 1 | Rate of Pay | 18 |
| Section 2 | Distribution | 19 |
| Section 3 | Required Continuing Education Programs | 19 |
| ARTICLE X | SENIORITY | 19 |
| Section 1 | Definitions | 19 |
| Section 2 | Demotions | 20 |
| Section 3 | Layoff | 20 |
| Section 4 | Recall | 20 |
| Section 5 | Consolidation or Elimination of Jobs | 21 |
| Section 6 | Filling Vacancies | 21 |
| Section 7 | Promotions | 22 |
| Section 8 | Other Applications | 22 |
| Section 9 | Superseniority for Shop Steward | 22 |
| ARTICLE XI | WAGES | 23 |
| Section 1 | Wages | 23 |
| Section 2 | Performance Increase | 24 |
| Section 3 | Shift Differential | 26 |
| Section 4 | Saturday and Sunday Differentials | 26 |
| Section 5 | Wage Pay Practices | 26 |
| Section 6 | Pay Error | 26 |
| Section 7 | Overpayment Error | 27 |
| Section 8 | Weekend Bonus | 27 |
| Section 9 | Weekend | 27 |
| ARTICLE XII | ON-CALL AND EMERGENCY CALL-BACK | 27 |
| Section 1 | On-Call | 27 |
| Section 2 | Call-Back Time | 27 |
| Section 3 | Failure to Report | 28 |
| Section 4 | Stand By Time | 28 |
| Section 5 | Non-Call Status | 28 |
| Section 6 | Emergency Staff | 28 |
| ARTICLE XIII | DISCIPLINE AND DISCHARGE | 30 |
| Section 1 | | 30 |
| | Counseling | 31 |
| | Reprimands | 31 |
| | Suspension | 31 |
| | Suspension Pending Investigation | 32 |
| | Suspension for Disciplinary Reasons | 32 |
| ARTICLE XIV | GRIEVANCE PROCEDURE | 33 |
| ARTICLE XV | PERSONNEL FOLDERS | 35 |
| Section 1 | | 35 |
| Section 2 | | 35 |
| Section 3 | | 35 |
| ARTICLE XVI | STRIKES AND LOCKOUTS | 35 |
| ARTICLE XVII | CONTRACTING OUT | 36 |
| ARTICLE XVIII | SAFETY AND HEALTH | 36 |
| Section 1 | General Provisions | 36 |
| Section 2 | Health and Safety Committee | 37 |
| Section 3 | | 37 |
| Section 4 | | 37 |
| Section 5 | Light Duty or Modified Work Assignment | 37 |
| Section 6 | Confidential Employee Assistance Program(EAP) | 38 |
| Section 7 | Video Display Terminals | 39 |
| ARTICLE XIX | GENERAL PROVISIONS | 39 |
| Section 1 | Pledge Against Discrimination and Coercion | 39 |
| Section 2 | Union Bulletin Boards | 40 |
| Section 3 | Union Representatives | 40 |
| Section 4 | Uniforms | 43 |
| Section 5 | Agreement | 44 |
| Section 6 | Training and Career Ladder Programs | 45 |
| Section 7 | Departmental Policy Manuals | 46 |

| | | |
|---|---|---|
| Section 8 | New And Changed Classsifications | 46 |
| Section 9 | Job Descriptions | 47 |
| Section 10 | Work Out of Classification | 47 |
| Section 11 | Sexual Harassment | 47 |
| ARTICLE XX | UNION MANAGEMENT CONFERENCES | 48 |
| Section 1 | | 48 |
| Section 2 | | 48 |
| Section 3 | | 49 |
| Section 4 | | 49 |
| ARTICLE XXI | MANAGEMENT RIGHTS | 50 |
| Section 1 | | 50 |
| Section 2 | Authority | 50 |
| ARTICLE XXII | TRANSFEREE'S STATUS | 51 |
| ARTICLE XXIII | SAVINGS CLAUSE | 53 |
| ARTICLE XXIV | MAINTENANCE OF BENEFITS | 53 |
| Section 1 | | 53 |
| ARTICLE XXV | HEALTH CARE | 54 |
| Section 1 | | 54 |
| ARTICLE XXVI | HEALTH AND WELFARE FUND | 55 |
| ARTICLE XXVII | PERFORMANCE EVALUATION | 55 |
| Section 1 | | 55 |
| Section 2 | | 55 |
| Section 3 | | 56 |
| Section 4 | | 56 |
| Section 5 | | 56 |
| Section 6 | | 56 |
| ARTICLE XXVIII | TERMINATION | 57 |
| APPENDIX A | | 58 |
| APPENDIX B | | 68 |
| APPENDIX C | | 73 |

# PREAMBLE

This AGREEMENT made and entered into this 28th day of September, 1992, by and between Howard University of the City of Washington, D.C., hereinafter called the Employer and the American Federation of State, County, and Municipal Employees, Local 2094, hereinafter called the Union.

WHEREAS:

It is the desire of the parties hereto to establish certain standards of wages, hours and conditions of employment which will prevail between them during the term of this Agreement, and it is the desire of said parties to regulate mutual relations with the view towards securing harmonious cooperation between them; and

WHEREAS:

Both parties to this Agreement recognize that any economic provision of said Agreement will depend upon appropriation to the University from the Congress; including provisions of Public Law 87-262 and the formal transfer Agreement between The Department of Health, Education, and Welfare and the University. If there is a change in the congressional funding which affects the Hospital's ability to fully perform the terms of this Agreement, the Hospital shall notify the union and negotiate. Should the parties reach impasse the provisions outlined under the National Labor Relations Act governing hospitals shall apply and the prohibitions of Article XVI shall not apply.

NOW, THEREFORE, in consideration of the mutual promises hereinafter set forth the parties hereto agree as follows:

## ARTICLE I
## RECOGNITION

For the duration of this Agreement, Council 20, Local Union 2094 shall be the exclusive bargaining agent for the purpose of establishing wages, hours and conditions of employment for regular, probational staff, temporary and part time employees* of Howard University Hospital, (herein called the Employer), excluding: all employees covered by other contracts, personnel employees, trainees, requisition and student employees, supervisory, confidential office employees, administrative and managerial employees, physical and occupational therapists. A list of job titles and classification for all positions covered by this agreement is available.

* A regular employee is one who has satisfactorily completed a probationary (trial) period of service at the University in a budgeted position and who has been approved for continuing employment.

A probationary employee is one hired to work for a trial period of 6 months with the expectation of continued employment.

* A temporary employee is one who is hired to do a specific job for a period up to 12 months. This period of time may be extended but only to finish the specific job for which the employee was hired.

## ARTICLE II
## UNION SECURITY

It is agreed that all employees covered by this Agreement now in the employ of the Employer who are now members of the Union, and all who voluntarily become members of the Union at any time during the life of this Agreement, shall maintain their membership for the life of this agreement.

In keeping with the principle that employees who benefit by this Agreement should share in the cost of administering the contract, the parties agree that any present or future employee who is not a Union member or who does not make application for membership shall pay to the Union each month a service charge in an amount equal to, but not more than, the regular monthly dues.

## ARTICLE III
## CHECKOFF AND UNION DUES

Upon receipt of a signed authorization, the Employer agrees to deduct from each employee's pay the Union membership initiation fee, assessment and dues in accordance with the authorization. The amounts to be deducted shall be certified to the Employer by the Director of District Council 20, and the aggregate deductions of all employees shall be remitted, together with an itemized statement, to the Treasurer and President of AFSCME, Local 2094 by the 15th of the succeeding month after the payday for which such deductions are made. If any employee has insufficient earnings in the first payroll period of any month to equal dues or initiation fee deductions, the deduction shall be made in the next payroll period in which the employee has sufficient earnings.

The Union agrees to indemnify and hold the Employer harmless from any and all claims, suits, judgments, attachments and any other liability resulting from any deduction from wages in accordance with this Article. The Union agrees to pay to the Hospital a transaction charge of $0.10 per transaction to partially defray the cost of providing checkoff service and segregating data with respect to Union dues, and the notice of new

hires. The Hospital agrees to provide an invoice of said charges on a quarterly basis.

The Hospital will make available to eligible bargaining unit employees, an informational packet (including an authorization form for dues deduction), as provided by the Union and approved by the Hospital.

Any employee who fails to execute a written authorization form or to tender the required dues or fees shall be given a written notice by the Union stating the amount due and showing how that amount was calculated. The employee will be given ten (10) working days to pay the stated amount.

If the employee fails to comply, the Union shall notify the Hospital in writing. The Hospital shall discipline the employee within thirty (30) days following receipt of such notice.

## ARTICLE IV
## HOURS OF WORK

**Section 1. Regular Hours**

The regular hours of work each day shall be consecutive except that they may be interrupted by a lunch period.

**Section 2. Work Schedule**

(a) The work week of forty (40) hours shall consist of five consecutive eight hour days, Monday through Friday inclusive, except for employees in continuous operations, discussed below.

(b) Continuous operations is defined as any Department in which there is regularly scheduled employment in excess of eight (8) hours per day or five (5) days per week.

(c) The work week for employees engaged in continuous operations shall consist of five consecutive eight hour days, to the maximum extent possible.

**Section 3. Work Day or Shift**

The standard work day or shift shall consist of eight (8) hours of work to be completed within 8 1/2 consecutive hours with a 45 minute meal break. In the event of emergencies or inadequate coverage, employees who cannot take their meal break shall be compensated for the time beyond their scheduled hours at one and one half times their regular hourly rate.

**Section 4. Rest Breaks**

One rest period of fifteen (15) minutes shall be allowed during each regular work shift when such a break does not disrupt normal operations. Supervisors will make every effort to plan the work activities so that the employees can be released for rest breaks. The rest break is not cumulative and cannot be used to alter either the beginning or the end of a work shift or to extend lunch periods.

**Section 5. Work Schedule**

For employees engaged in continuous operations, work schedules showing the employee shifts, work days, and hours shall be posted on appropriate department bulletin boards and at employees work sites at least 30 days in advance.

If it is necessary to change the shift worked after the final schedule has been published, the Supervisor will give the employee at least forty-eight (48) hours prior written notice. These changes, which do not represent additional hours of work beyond the regular work period, will be compensated at the rate of an additional

inconvenience payment of twenty-five dollars ($25.00) for each workday shift that is changed. The compensation will not constitute part of the regular pay or shift differential. If at least fourteen days notice is provided to an employee or the employee voluntarily requests a change, and management approves, this provision shall not apply.

Nothing herein shall be construed to limit the authority of the Employer to assign work duties for the purpose of meeting an emergency situation over which the Employer has no control. However, such assignments shall not extend beyond the period of such emergency.

### Section 6. Reporting Time
(a) Any full-time employee who is scheduled to report for work and who presents himself for work as scheduled, shall be assigned to at least eight (8) hours work. Any part-time employee who presents himself for work as scheduled shall be assigned to at least the number of hours as scheduled.

(b) In all situations where possible, the employee shall notify the appropriate department supervisor or his/her designee when he or she will be late or absent prior to the start of the scheduled shift in accordance with departmental policy.

### Section 7. Staffing Schedules
(a) Staffing schedules shall be arranged for employees engaged in continuous operations so that such employees shall not be required to work more than every other weekend or more than every other Holiday except in cases of severe unit understaffing or excessive absenteeism. This arrangement may be suspended where extenuating circumstances warrant. Nothing herein shall prevent employees from voluntarily agreeing to be scheduled to work every weekend and/or holiday.

(b) Employees shall be permitted to use annual leave or sick leave on weekends when approved either in advance, as defined in this agreement, or when leave is requested for emergency purposes or illness. Management shall not deny a scheduled weekend off, unless it has been determined by Management that the respective employee has a record of abuse of leave privileges or an emergency as declared by Hospital Administration.

### Section 8. Permanent Shift
Employees who apply for permanent shift vacancies shall be selected on the basis of seniority.

## ARTICLE V
## MEALS

Except as hereinafter provided, full-time employees in the food service facilities of the University will be subject to a deduction covering two (2) meals a day in each basic work week. Part-time food production and service employees will be subject to a food deduction for at least one (1) meal a day in each basic work week

schedule of five working days; except that (a) if an employee is kept on continuous duty through the service of the third meal, and such duty involves the payment of wages at the over-time rate, three meals may be served to the employee and deductions made therefore; (b) provided further that unless the time of an employee, who has been carried for more than fifteen days on a five-hour per day job is increased to seven hours, he will be served and charged for only one meal per day.

The amount of deductions during a fiscal year will be determined at the raw food cost prevailing at the beginning of the fiscal year. This information will be provided to the Union.

## ARTICLE VI
## HOLIDAYS

### Section 1. Regular Holidays

The University observes the following regular holidays:

- New Years' Day
- Martin Luther King's Birthday
- President's Day
- Memorial Day
- Independence Day
- Labor Day
- Columbus Day
- Veterans Day
- Thanksgiving Day
- Christmas Day

Additional (special) holidays may be authorized by the President of the University.

(a) In the event a regular holiday falls on a Saturday or Sunday, the closer work day is observed as a holiday (the preceding Friday or the following Monday) for persons who work a Monday through Friday work week. When a regular holiday occurs during the employee's vacation, such days are not counted as leave.

(b) If a regular holiday falls on the off day of an employee, the employee is given an additional off-duty day immediately preceding or following the scheduled holiday.

(c) Employees required to work on a regular holiday are to be compensated at the rate of two times their basic hourly rate for hours worked.

### Section 2. SPECIAL HOLIDAYS

(a) Employees who are required to work and actually work their full tour of duty on Christmas Day, New Years' Day, July 4th, or Thanksgiving Day will be compensated as follows:

The eight (8) hours of holiday pay will be counted as productive hours and the eight (8) hours actually worked will be paid at 1.5 times their basic hourly rate.

(b) Employees required to work on a special holiday observed by the Hospital, do not receive holiday pay but are given a day off in lieu thereof.

## ARTICLE VII
## LEAVE

### Section 1. Annual Leave

Employees are entitled to annual leave with full pay during each year; Saturdays, Sundays, and holidays or days off in lieu thereof shall not be counted.

Annual leave is accruable in the following manner:
(a) Thirteen (13) days a year for employees with less than three (3) years of service.
(b) Twenty (20) days a year for employees with three (3) but less than fifteen (15) years of service.
(c) Twenty-six (26) days a year for employees with fifteen (15) or more years of service.
(d) Employees shall be permitted to use annual leave on weekends, when approved either in advance, as defined in this agreement, or when leave is requested for emergency purposes or illness.

Annual leave may not be accumulated in excess of that which would be earned in a twelve month period.

Subject to the prior approval of the appropriate supervisor, annual leave may be used as follows:

(a) Annual leave in excess of five consecutive days shall be requested at least 45 days in advance. The request shall be filled out in duplicate and the appropriate supervisor shall sign a copy and immediately return it to the employee. Within ten (10) working days of submission of a leave request, the appropriate supervisor will return to the employee a duplicate copy of the request notifying him/her of its approval or disapproval. Leave requests shall not be unreasonably withheld and will be responded to in a timely manner. Moreover, no employee shall be unreasonably restricted from taking leave in any month of the calendar year. It is further understood and agreed that employee requests for use of excess annual leave shall not be unreasonably denied.

It will be the joint responsibility of the employee and his/her supervisor to monitor leave balances and schedule leave throughout the year so employees will avoid losing leave at the end of the year.

(b) Emergency Purposes – An emergency is any situation that develops suddenly and unexpectedly or an unforeseen combination of circumstances and results thereof that demand immediate action.

(c) Annual leave may, at the employee's option, be used in lieu of sick leave.

Although annual leave is a right of the employee, in that its accrual may not be denied, it is the duty of the administrator concerned to make the final decision as to when leave is to be used. As far as practical, determination as to time and amount of annual leave to be taken is on the basis of mutual agreement between the

employee and his supervisor. Time consideration shall be given to seniority among other factors, as leave schedules are established.

## Section 2. Sick Leave

(a) Allowance - Employees shall earn thirteen (13) days of sick leave per year. Any employee who becomes sick or disabled to the point he is unable to perform his job, or has a scheduled medical or dental appointment, shall be permitted to use accumulated sick leave without loss of pay. Management may require employees on sick leave to furnish a medical certificate for any sick leave in excess of three (3) consecutive days.

Employees on sick leave shall notify their supervisors or designee(s) prior to their scheduled work time on each day of their absence, unless otherwise prohibited by personal emergencies or circumstances beyond the employees' control. In such emergency situations, notice shall be given as soon as the employee is able. However, employees who specifically state the duration of their illness at the initial contact with their supervisor or designee(s) shall be exempt from calling in each day of their illness.

(b) Accumulation - Employees shall start to earn sick leave from their date of hire, and they shall accumulate sick leave without a maximum as long as they are in the service of the Employer. No terminal payment for accumulated sick leave shall be made.

(c) An employee eligible for sick leave with pay may use such sick leave for absence due to his own illness or injury; or illness or injury in his/her immediate family which requires the employee's personal attention. Immediate family will be limited to brothers, sisters, children, wards, parents, grandparents, and spouse.

(d) In order to encourage the accumulation of sick leave, the Hospital shall pay to each full time employee who has been employed for an entire pay year a cash amount as follows:

| Sick leave hours used during the year | Cash Incentive |
|---|---|
| 0 - 8 hours = | $500.00 |
| 9 - 16 hours = | $250.00 |

This incentive benefit shall extend to part-time workers on a prorated basis.

This incentive benefit shall be effective upon signing of the contract.

## Section 3. Personal Leave

Personal leave is any combination of annual leave, sick leave or leave without pay granted because of incapacitation, restrictive physical impairment or pregnancy which adversely affects the employee's productivity and work performance. Application for such leave should be accompanied by a medical certificate from a physician.

In addition to the above, a male employee may request annual leave or leave without pay for the purpose of assisting in caring for the mother of his newborn child, his newborn child, his minor children or adopted child while the mother is incapacitated for maternity reasons. Application for such leave should be accompanied by a medical certificate from a physician.

The term physician applies to any qualified medical practitioner.

Section 4. Leaves of Absence
  (a) Educational Leave - Employees with two (2) or more years of service at the University may be granted leave without pay whenever possible, for educational purposes up to a maximum period of one (1) year; However, this period may be extended for an additional one (1) year period or any portion thereof where an approved program duly authorized requires a longer period for completion. During this period of leave the employee is eligible for temporary or part-time work with the University.

  (b) Military Leave - Employees who are members of Reserve Components of the Armed Forces upon submission of official orders may be granted a leave of absence for training purposes. Such period of absence, with pay, will be limited to the period of annual training. Military leave with pay is limited to ten consecutive work days (within a 14 day calendar period) during each fiscal year. Requests for additional leave for purposes of military activities will upon submission of official orders, be governed by the annual leave and/or leave without pay sections of this agreement.

  (c) Court Leave - Court leave, as used herein, is absence from University duty for the purpose of serving as a juror or attending court as a witness on behalf of the Federal Government or a Municipal government in response to a subpoena. When the employee presents to his supervisor such orders, subpoena, or summons from a court to appear, court leave with pay will be granted for the day or days when service is rendered.

  (d) Public Office Leave - An employee elected to a public office may be granted a leave of absence without pay, where staffing permits, not to exceed four (4) years or the term of office, whichever is longer. During this time an employee shall retain his seniority rights and all other benefits while on leave.

Section 5. Leave Without Pay
Leave without pay is an approved absence from duty in a non-pay status requested by the employee. It is distinguished from absence without leave, which is a non-pay status for non-approved absences.

A leave of absence without pay may be granted for a reasonable purpose for a period not to exceed six (6) months, at which time it may be extended or renewed for a period not to exceed six (6) months.

In each case, leave of absence shall be subject to approval by the employer.

Section 6. Absence Without Leave
No disciplinary action or pay status change will be taken against an employee who has been charged with being absent without leave, until the employee has had an opportunity to state reasons for his alleged unautho-

rized absence to his immediate supervisor. If the employee's explanation is reasonable under established policies, the length of his absence will be charged against his accumulated sick leave or annual leave without loss of pay, where possible. An employee who has not notified proper supervisory personnel of his inability to report beyond twenty-four (24) hours shall not be eligible for the provisions of this Article.

### Section 7. Procedure

All requests for leave without pay shall be processed in accordance with University policy governing such leave. Request for leave without pay shall be filled out in duplicate and the employee requesting the leave will receive a carbon copy of the request for leave.

### Section 8 - Bonus Time Off

As a bonus for maintaining a perfect attendance record for four (4) consecutive months, employees shall receive a bonus of eight (8) hours off with a maximum of sixteen (16) bonus hours off per year. A perfect record is defined as being on the job each day as scheduled, except for scheduled leave, absences due to bereavement as defined in Article VII Section 10, or on the job injuries resulting in being absent ten days or less. Employees out on unscheduled leave will forfeit the employee's right to earn bonus time off for the applicable month. Employees out on unscheduled leave will begin earning the bonus time off beginning the first day of the month following their return to work.

### Section 9. Satisfactory Leave Record

1. A satisfactory leave record is one that reflects the leave record defined in the Standard Practice Manual.

2. An unsatisfactory time and attendance record is one that reflects the abusive practices as developed in procedures under the Standard Practice Manual.

3. A perfect time and attendance record is one that reflects the exclusive use of scheduled leave and reporting to duty (the duty station) at the scheduled time, ready to work.

4. Terminology used to describe leave practice.

Tardiness:

Failure to report to the assigned duty station ready for work at the defined time that the scheduled tour of duty begins.

Unscheduled Leave:

That time off duty which has not been requested in advance and for which prior written or verbal approval has not been granted.

Absent Without Official Leave (AWOL):

Absence from duty without prior written approval and/or verbal approval from the leave approving supervisor within 24 hours or a call-in.

Leave Approving Supervisor:

The persons who are assigned responsibility for the employee's performance. In the case of absence, the

person who is assigned to relieve (cover for) the leave approving supervisor will become the leave approving supervisor for the period of that absence.

### Section 10. Use of Annual Leave on Death In Immediate Family

Annual leave may be granted in connection with the death of a member of the employee's immediate family. If no accrued annual leave is available, leave may be advanced up to a maximum of three days.

Consideration shall be given to religious beliefs, cultural beliefs, geographic distances involved and the extent of family responsibilities when granting the leave.

Supervisors will endeavor to comply with the request of the employee as to the time and amount of leave to be taken.

Employees are urged to seek advance approval for this leave.

## ARTICLE VIII
## REMISSION OF TUITION

### Section 1. Faculty and Staff

Employees covered by this agreement are entitled to remission of tuition in accordance with established University policy.

## ARTICLE IX
## OVERTIME

### Section 1. Rate of Pay

Employees will be paid for overtime hours at a rate of one and one-half their regular hourly rate of pay for the time worked as described below:

All worked hours in excess of eight hours in any work day consistent with the Hospital policy for the administration of overtime.

All worked hours in excess of forty (40) hours in any basic work week.

Overtime pay for holidays worked will be paid in accordance with the Hospital overtime policy.

### Section 2. Distribution

Within an organizational unit overtime will be assigned successively on the basis of seniority to employees in a particular classification to the extent possible.

### Section 3. Required Continuing Education Programs

Participation in required continuing education programs outside of the regularly scheduled working hours will be viewed as time worked and compensated as overtime.

## ARTICLE X
## SENIORITY

### Section 1. Definitions

(a) Seniority means an employee's continuous length of service with the Employer. Continuous service shall be interrupted only by separation because of resignation, discharge for a just cause, failure to return upon expiration of a leave of absence, failure to respond to a recall from layoff or retirement.

(b) Demotion - means the reassignment of an employee from a position in one job classification to a lower paying position in the same or another job classification.

(c) Consolidation - means the combining of duties of two or more jobs.

(d) The Employer shall annually compile a seniority list for employees covered by this Contract. Five copies shall be furnished to the Union. Seniority will be listed showing name, unit or department, job title, and last date of hire. The list will be in seniority order.

### Section 2. Demotions

Demotions may be made to avoid laying off employees or for reasons of incompetence.

### Section 3. Layoff

In the event it becomes necessary to lay off employees for any reasons, the Union shall have the opportunity of discussing alternate actions with the Employer. If layoff cannot be avoided, employees shall be laid off in the inverse order of their seniority within the unit. At least 30 days written notice shall be given to any affected employee prior to any such action. Any affected employee who is not so notified shall receive regular pay for the thirty-day period or any part thereof for which notification was not given.

### Section 4. Recall

New employees shall not be hired in a job vacancy until all employees in the job classification for the vacancy, who were laid off within a 12-month period immediately preceding the decision to re-hire, are notified in writing and given an opportunity for re-employment. Employees recalled under this provision shall be in accordance with their seniority. Employees shall have thirty (30) days to respond to recall.

### Section 5. Consolidation or Elimination of Jobs

The Union shall be given a thirty (30) day written notice of employees displaced or whose jobs are otherwise eliminated as a result of the development of new facilities, consolidation, technological changes, or for any other reason. Such employees shall be encouraged to apply for other vacancies within the University.

An employee so placed in other positions within the hospital shall maintain his seniority without regard to former job classification.

### Section 6. Filling Vacancies

(a) Whenever a permanent position vacancy occurs within a department the Employer shall post a description of such opening on bulletin boards convenient to work areas and on all official bulletin boards for a period of ten (10) working days or through such procedures as are otherwise agreed to between the Union and the Employer. The Union shall be furnished a copy of all such advertisements. The President of Local #2094 shall receive such copies as soon as possible prior to the advertisements being made public.

(b) Employees may bid on filling of such job by submitting a written application to the Employer prior to the expiration date of the posting.

(c) In filling job vacancies within a department, applications shall be considered on the basis of continuous length of service within the department, ability, qualifications, and physical fitness to perform the job. Applicants from outside the University shall not be considered unless no qualified employee applies for the position.

(d) Unsuccessful candidates who reach the departmental interview stage for a position will be notified in writing by the respective department head within one (1) week following the hiring of a candidate.

### Section 7. Promotions

The term promotion as used in this provision means the advancement of an employee to a higher paying position.

All promotions shall be made on the basis of seniority if the knowledge, training, ability, work performance, and skill of the respective applicants are considered equal.

Each employee shall be given an opportunity for promotion without regard to race, sex, creed, religion, sexual preference, or national origin.

### Section 8. Other Applications

Where all factors are equal as determined by the employer, questions involving temporary job assignments and vacation schedules shall be determined on the basis of seniority.

### Section 9. Superseniority for shop stewards

In the event of a layoff, the shop stewards and officers of Local 2094 shall be the last to be laid off from their respective job classification provided they have the qualifications, skill and ability to perform the available work. The Union will provide the Executive Director with a list annually of those stewards and officers who are entitled to superseniority.

## ARTICLE XI
## WAGES

### Section 1. Wages

1. During the first contract year the bargaining unit employees shall receive the following salary adjustments:

   a. A contract signing bonus amount equal to 1.5 percent of the employees annual base pay in effect October 1, 1991. This one time non-recurring, non-annualized, lump-sum bonus shall be paid to those bargaining unit employees who were in active pay status between October 1, 1991 through the contract signing date.

   b. A one percent (1 %) salary adjustment effective first full pay period after December 1, 1992.

   c. A one percent (1 %) salary adjustment effective first full pay period after April 30, 1993.

2. Effective the first full pay period after October 1, 1993, the start of the second full year of this Agreement, the bargaining unit salary scale then in effect will be adjusted by two (2%) percent.

3. Effective the first full pay period after October 1, 1994, the start of the third full year of this Agreement, the bargaining unit salary scale then in effect will be adjusted by two and one-half (2.5%) percent.

4. All pay adjustments will be made in accordance with University/Hospital compensation procedures.

5. The Hospital, in its sole discretion, may increase pay of job classifications covered by this Agreement more than the negotiated amounts. The union will be provided advance notification of such increase(s).

### Section 2. Performance Increase

Effective the first full pay period in October, 1992, following the signing of this Agreement, annual in-grade increases will be based on progression points of 2%. Such in-grade increases shall be given to employees in this bargaining unit providing a satisfactory evaluation had been obtained during the preceding twelve (12) months and the employee completes required Guest Relations Training, and other Hospital required Training and Development programs; and maintains current certification (in those occupations where formal certification is available and required) and one of the following set forth below:

Non-Technical

(a) Completion of educational attainment greater than the incumbent's present status or position requirement (i.e., G.E.D./high school Diploma/College or vocational degree or certificate) within the evaluation period.

OR

(b) Attended and completed all scheduled in-service education programs in their respective departments.

Technical

(a) Completion of educational attainment greater than the incumbent's present status or position requirement (i.e., G.E.D./high school Diploma/College or vocational degree or certificate).

OR

(b) Documented participation in Departmental Inservice Educational programs and hospital related programs/training, community service or professional organization for which prior approval has been obtained.

Each employee in the bargaining unit who receives an excellent or above average evaluation shall be awarded a performance based bonus as outlined in this Agreement within sixty (60) days after his/her anniversary date (See Pay for Performance Procedure). Performance increase payments will be effective on the anniversary date of the employee and will be computed on the employee's base salary paid for the previous twelve (12) month period.

The following criteria will be used to determine annual performance increases:

|               | Progression Points: | Bonus |
|---------------|---------------------|-------|
| Excellent     | One (1) plus        | 2%    |
| Above Average | One (1) plus        | 1%    |
| Satisfactory  | One (1)             |       |

Employees in a waiting period who receive an excellent or above average rating will be eligible to receive the appropriate bonus.

One progression point on the salary scale is equivalent to two (2%) percent.

24    25

**Section 3. Shift Differential**

In addition to the established wage rates, employees assigned to work on the evening shift between the hours of 3:30 p.m. - 12:00 midnight shall be compensated with a differential of 15 percent. The evening differential shall be applied by multiplying the employee's base hourly rate by 1.15.

Employees working on the midnight shift, between the hours of 11:30 - 8:00 a.m. shall be compensated with a differential of 20 percent. The midnight differential shall be applied by multiplying the employee's base hourly rate by 1.20.

Differential pay shall apply whenever at least 50 percent of the hours worked in one applicable shift are between 3:30 p.m. and 8:00 a.m.

Differential shall apply only to the hours which fall within the defined differential time frame. Shift differentials will not be applied in addition to Saturday and Sunday differentials.

**Section 4. Saturday and Sunday Differentials**

Employees assigned to work on Saturdays or Sundays shall be compensated with a differential of 25 percent. The differential shall be applied by multiplying the employee's base hourly rate by 1.25.

**Section 5. Wage Pay Practices**

All new employees, employees returning from leave without pay, and employees returning under recall, will be paid on the first regular pay day of their employment or reemployment.

**Section 6. Pay Error**

In the event of a pay error by the Employer it shall be corrected and the employee paid within two (2) working days. The Employer will furnish the Union with the names of the responsible payroll personnel to contact in case of the need to correct a pay error.

**Section 7. Overpayment Error**

In the event of an overpayment by the Employer, the repayment timetable shall be mutually agreeable between the Employer and the employee.

**Section 8. Weekend Bonus**

In the Division of Nursing when medication Licensed Practical Nurses volunteer to work what would normally be considered their weekend off, they will receive a bonus payment of $50 per weekend actually worked. This weekend bonus will be distinct from the normal differentials. This provision shall not apply when hours are in conjunction with overtime situations.

**Section 9. Weekend**

Weekends shall be Saturday, 7:30 a.m. through Monday, 7:30 a.m. for all basic shifts. Employees who are assigned to the midnight shift may request Friday and Saturday nights as their weekend.

### ARTICLE XII
### ON-CALL AND EMERGENCY CALL-BACK

**Section 1. On-Call**

(a) Employees on call, by specific request of the Employer, shall be compensated at the rate of one half (1/2) times his/her basic hourly rate for each hour on-call.

**Section 2. Call-Back Time**

Any employee called back to work outside of his regularly scheduled shift shall be paid a minimum of

two hours at the overtime rate for the position.

An employee required to work on call-back time which extends through his/her regular days off shall have the option of receiving premium pay for call-back time worked or shall be given the following two days (2) off where staffing permits.

### Section 3. Failure to Report

Any employee on-call who cannot be reached, or who fails to report after being contacted and asked to report for work, or who reports but is physically unfit to perform his duties, shall not receive call-back compensation.

### Section 4. Stand By Time

Whenever the Employer requires an employee to be available for call-back, the employee shall be placed in an on-call status.

### Section 5. Non-Call Status

(a) Any time an employee who is not assigned "On Call" status and is called back to work, such employee will be guaranteed minimum compensation at the equivalent of four (4) hours pay at the regular rate.

(b) Any employee who reports to work and is sent home because of a lack of work or works less than two (2) hours shall receive at least four (4) hours of pay.

### Section 6. Emergency Staff

(a) Definition: An emergency is any situation that develops suddenly and unexpectedly or an unforeseen combination of circumstances and results thereof that demands immediate action.

(b) When an unavoidable emergency occurs in which the original duty schedule does not provide minimum coverage, the supervisor may require an employee to work shifts and/or days different from those originally posted. In order to accomplish coverage, the supervisor will first seek volunteers. If unable to obtain the volunteers, the supervisor will use inverse seniority provided the employee has at least one year's seniority in the unit. The employee providing emergency coverage will receive the shift change bonus under Article 4, Section 5 of this Agreement.

(c) Employees who report in late will be permitted to work a full eight hour tour of duty. In those instances when employees report for duty within two (2) hours of their scheduled shift during a weather emergency and do not wish to work a full eight hours, they may use leave. Such leave will not be unreasonably withheld.

(d) Employees who work sixteen (16) to twenty-four (24) hours will be given the next day off. The employee will be required to express his/her desire about designating duty hours to achieve the required forty (40) hours of regular time for that week.

(e) Employees who call in because of an inability to report to work during weather emergency will be granted annual leave if transportation assistance cannot be provided.

(f) The Employer will ensure that those employees who were transported to work will be provided with return transportation home.

(g) Attempts will be made to group employees assigned sleeping arrangements outside of the main building so that persons do not have to travel alone. In those instances when a single employee has to go to an outside sleeping facility, an escort will be provided.

(h) An employee shall be paid overtime for hours worked after his/her regular shift until the emergency is over. Employees shall receive on-call pay for non-work time while sleeping at the Hospital or hotel (Howard Inn) at Management's request.

## ARTICLE XIII
## DISCIPLINE AND DISCHARGE

**Section 1.**
Except for cases in which employee conduct is likely to result in damage to hospital property or injury to other individuals, disciplinary measures shall be taken in the following order:

1. Counseling

2. Reprimand (Must be in writing)

3. Suspension (Notice must be given in writing)

4. Termination (Notice must be given in writing)

Notice of any disciplinary action or measure imposed upon an employee must be received by the employee within 15 work days after the matter upon which the proposed action is based. All discipline shall be for just cause. Discipline of probationary and temporary employees is not grievable and will be governed by applicable University regulations.

### COUNSELING

Employees may be counseled by their supervisors whenever the need arises. Counseling shall include a meeting between the employee and his/her immediate supervisor. The employee at his/her option may elect to have Union representation present. Confirmation of such counseling should be given in writing.

### REPRIMANDS

1. Counseling and reprimands shall be given by immediate supervisors to employees under their supervision.

2. Written Reprimands may be made part of the official Personnel Folders, with a copy to the Union President. Written Reprimands shall be removed from the employee's Personnel Folder after twelve months and may not be held against the employee in any further disciplinary matter thereafter.

3. If a Supervisor has reason to reprimand an employee, it should be done in a manner that will not embarrass the employee before other employees or the public.

### SUSPENSION

Suspension may be recommended within the employee's chain of supervision when the best interest

of the University will be served by the employee's removal from duty or when an employee is deemed to be a potential danger to persons and/or property.

### SUSPENSION PENDING INVESTIGATION

This type of suspension is given when the nature of the employee's conduct jeopardizes the safety of others or University property. It is for investigatory purposes only and shall not be considered a disciplinary suspension. Employees serving this type of suspension shall do so without loss of leave or salary for the period of suspension.

A Suspension Pending Investigation does not require a formal Personnel Recommendation form, but, does require written notification to the Executive Director and the Department of Personnel Management. The suspension, normally, should not exceed five (5) working days.

### SUSPENSION FOR DISCIPLINARY REASONS

This type of suspension is recommended when an employee demonstrates unsatisfactory work performance, conduct incompatible with the welfare of the University, or other offenses which warrant disciplinary action less severe than termination. Such suspensions are without pay and require a formal Personnel Recommendation form supported by a justification for the suspension. The suspension is limited to a maximum of five (5) working days.

Prior to any suspension or termination actions, except where an employee demonstrates violence or inability to function in a rational manner or where an employee is suspended pending investigation, the employee shall be notified in writing of the proposed action with a copy to the union president. A shop steward shall be given an opportunity to represent the employee.

In suspension and discharge cases the employee shall have the opportunity to file a grievance at the 3rd step of the grievance procedure. Employees found to have been improperly suspended or discharged shall be made whole with respect to pay, benefits, and seniority.

### ARTICLE XIV
### GRIEVANCE PROCEDURE

A grievance shall be any dispute arising out of the terms of this Agreement and shall be processed within ten (10) working days of the date of the grievance or the employee's knowledge of its occurrence as follows:

Step 1 - The aggrieved employee and the Union Steward shall discuss the Grievance with the employee's immediate Supervisor. If the Grievance is not here resolved, it shall be reduced to writing and presented to the Department Head with three (3) days following the aforementioned meeting.

The Supervisor and/or the employee has the right to waive, in writing, Step One.

Step 2 - The Department Head, or his designee, shall meet with the employee and the Union Steward within five (5) work days of the receipt of the grievance. A written answer to the grievance shall be given within five (5) days subsequent to the meeting.