IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No.: 1:05-CV-01317 |
| | * |
| HOWARD UNIVERSITY, | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF DEFENDANT HOWARD UNIVERSITY
TO COMPEL DISCOVERY**

Defendant Howard University, by its undersigned counsel, moves to compel discovery from Plaintiff Rossi M. Potts ("Potts" or "Plaintiff") and says:

1. Plaintiff is a disgruntled former employee of Howard University Hospital who was terminated for cause on April 19, 2002. Plaintiff had been employed by Howard University Hospital as an echocardiography technologist. He was terminated for placing a patient on a monitoring device without prior medical authorization and for failing to then monitor that patient.

2. On November 4, 2004, the Plaintiff initiated this case of action by filing a Complaint against Howard University.

3. After a procedural history that includes duplicative actions and two motions to dismiss, Howard University filed an Answer and Affirmative Defenses on June 28, 2005, and commenced discovery by propounding a First Request of Defendant Howard

University for Production of Documents and a First Set of Interrogatories to Plaintiff Rossi M. Potts on July 13, 2005.  Copies of those discovery requests are attached as **Exhibits A and B**.

4. Pursuant to the Federal Rules of Civil Procedure, Defendant's responses to these discovery requests were due on August 15, 2005.

5. On August 23, 2005, counsel for Defendant wrote to Plaintiff to remind Plaintiff of the duty under Local Rule 16.3 to meet and confer regarding issues concerning the case and to remind Plaintiff that his discovery responses were overdue and to invite the Plaintiff to confer regarding the overdue discovery.  See letter dated August 23, 2005 attached as **Exhibit C**.

6. Plaintiff has not responded in any way.  Defendant is, therefore, unable to prepare for the status conference presently scheduled for September 27, 2005, or to prepare its defense of this action.

WHEREFORE, Defendant Howard University respectfully requests the following relief:

A. That Plaintiff be directed to serve on counsel for Defendant Howard University answers to the First Set of Interrogatories of Defendant Howard University, a response to the First Request for Production of Documents, and all responsive documents for inspection and copying, within ten (10) days; and

B. That Defendant Howard University be granted such other and further relief as is just and equitable.

Respectfully submitted,

*/s/*
Timothy F. McCormack
Bar No. 385025
Jennifer E. Keyser


BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 E. Lombard Street
18th Floor
Baltimore, Maryland 21202
(410) 528-5600
Facsimile: (410) 528-5650

Attorneys for Defendant Howard University

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of September, 2005 a copy of the foregoing was sent via first class mail, postage prepaid, to:

> Rossi M. Potts
> 14124 Bishop Claggett Court
> Upper Marlboro, Maryland  20772

/s/
Timothy F. McCormack