IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSSI M. POTTS,

    Plaintiff,

v.        Civil Action No.: 04-1856 (RMU)

HOWARD UNIVERSITY,

    Defendant.

**FIRST SET OF INTERROGATORIES OF DEFENDANT HOWARD UNIVERSITY TO PLAINTIFF ROSSI M. POTTS**

Defendant Howard University ("Howard University" or "Defendant"), by and through its undersigned attorneys, propounds these interrogatories to Plaintiff Rossi M. Potts ("Potts" or "Plaintiff") and states as follows:

**INSTRUCTIONS**

These interrogatories are directed to you pursuant to the rules of this Court. You are directed to answer each of them separately, under oath and to serve a copy of your answers upon the attorneys for Howard University within thirty (30) days.

1.    Where asked to "identify" or "list" any communications, your identification of, or list of, such communications (written on oral, telephonic or otherwise) shall require you to state the substance of each communication; identify by name and last known address, each person who overheard or participated in each communication; identify all memoranda, notes, or other documents memorializing, concerning, or referring to each communication; and specify the date and the length of time of each communication.

EXHIBIT B

2.  Where asked to name or identify a person, state the person's full name, present or last known home address and telephone number, and present or last known business address and telephone number. If other than an individual person, state whether such person is an entity, state the entity's full name, present or last known address and telephone number and the principal place of business of such entity.

3.  Where the identity or identification of a document is requested, state the date the document was prepared, the author, and for whom the document was prepared, the type of document, the identity of the person who has possession, custody or control of the original of the document and the identity of each person who has possession, custody or control of each copy of the document, and any other means of identifying the document with sufficient particularity to meet the requirements for its inclusion in a request for production of documents pursuant to Rule 34 of the Rules of the Federal Rules of Civil Procedure.

4.  Whenever an interrogatory requests the identification of a document which has been destroyed, the answer should state the date of destruction, the reason for destruction, the identity of the person that destroyed the document and the identity of the person who directed that the document be destroyed.

5.  If privilege as to any communication or documents concerning information requested by these interrogatories is claimed, identify the requested information and specify the privilege claimed, any communication, document or answer as to which the claim is made, the topic discussed in the communication or document, and the factual basis upon which such claim is asserted.

6. Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's present or former agents, representatives, employees, executors, administrators and, unless privileged, his or her attorneys.

7. Unless otherwise indicated, these interrogatories refer to the time, place and circumstances of the events and occurrences mentioned or complained of in the pleadings.

8. If in answering these interrogatories you encounter any ambiguities construing a question, instruction or definition, set forth the matter deemed ambiguous and the construction used when answering.

9. These interrogatories shall be deemed continuing. If additional facts, documents, information or witnesses become known to you, supplementary answers must be served on counsel for Defendant Howard University.

## DEFINITIONS

As used herein, the following terms shall have the meanings indicated below.

1. The term "you," "your," or "Plaintiff" shall mean and refer to Plaintiff Rossi M. Potts and any other persons acting or purporting to act on behalf of Plaintiff, including, but not limited to, her attorneys, family members, experts, consultants, employees or assistants.

2. The term "person" shall mean and refer to any individual, partnership, joint stock company, unincorporated association or society, municipal or other corporation, the state, its agencies or political subdivisions, any court or any other governmental entity.

3. In accordance with Rule 34 of the Federal Rules of Civil Procedure, the term "document" or "documents" includes all writings, drawings, drafts, charts, photographs, recordings and other data compilation from which information can be obtained, translated, if necessary, by you through detection devices into reasonably usable form.

4.	The terms "and" and "or" shall be read conjunctively or disjunctively to bring within the scope of these interrogatories any information which might otherwise outside its scope.

5.	Whenever appropriate in these interrogatories, the singular word shall also be interpreted as its plural.

6.	The terms "concern," "concerning," "relate" or "relating to" mean compromising, concerning, constituting, containing, describing, disclosing, discussing, evidencing, explaining, involving, pertaining to, referring to, relating to, setting forth, showing or symbolizing.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Identify each person, other than a person intended to be called as an expert witness at trial, having discoverable information that tends to support a position that you have taken or intend to take in this action, including any claim for damages, and state the subject matter of the information possessed by that person.

**INTERROGATORY NO. 2:** Identify each person whom you expect to call as an expert witness at trial, state the subject matter on which the expert is expected to testify and a summary of the grounds for each opinion, and attach to your answers any resume or curriculum vitae of that expert and written report made by the expert concerning their findings and/or opinions.

**INTERROGATORY NO. 3:** Identify any and all documents or other things delivered to, reviewed by, relied upon, or prepared by any person you propose to call as an expert witness.

**INTERROGATORY NO. 4:** Identify all persons whom you have retained or specifically employed in anticipation of litigation or preparation for trial but whom you do no expect to call as a witness at trial.

**INTERROGATORY NO. 5:** If you intend to rely upon any documents or other tangible things to support a position that you have taken or intend to take in this action, including any claim for damages, provide a brief description, the category and location of all such documents and other tangible things, and identify all persons having possession, custody, or control of those documents and produce those documents.

**INTERROGATORY NO. 6:** Itemize and show how you or anyone else on your behalf, calculate any economic damages claimed by you in this action, and describe any non-economic damages claimed, identifying all persons making, assisting or approving such a calculation, and providing any and all documents evidencing, concerning, referring to, relating to or embodying any facts which support your contention, if any, that you have incurred any damages as a result of the actions of Defendant.

**INTERROGATORY NO. 7:** Identify any person with whom you have communicated orally, in writing, or otherwise regarding the substance of this litigation, including in your answer the date, time, place an contents of that conversation.

**INTERROGATORY NO. 8:** Describe in detail any and all facts evidencing, concerning, referring to, relating to or supporting your contention that Defendant acted in such a way that would cause you to experience a pattern of gender discrimination or any violation of the District of Columbia Human Rights Act that ultimately resulted in the denial of promotion or any other adverse employment action.

**INTERROGATORY NO. 9:** Describe in detail any and all facts evidencing, concerning, referring to, relating to or embodying any fact in support of your contention that Defendant has violated the Equal Pay Act.

**INTERROGATORY NO. 10:** Describe in detail any and all facts evidencing, concerning, referring to, relating to or embodying any facts in support of your contention that you are a member of a protected class and describe that class in detail.

**INTERROGATORY NO. 11:** Describe in detail any and all facts evidencing, concerning, referring to, relating to or embodying any facts in support of your contention that you were, at any time relevant to this lawsuit, engaged in a protected activity and describe that activity in detail.

**INTERROGATORY NO. 12:** Describe in detail any and all facts evidencing, concerning, referring to, relating to or embodying any facts in support of your contention that the Defendant worked to "disadvantage the Plaintiff's protected activities and class."

**INTERROGATORY NO. 13:** Describe in detail any and all facts evidencing, concerning, referring to, relating to or embodying any facts in support of your contention that the Defendant acted in such a manner to cause a violation of your rights under the Civil Rights Act of 1991.

**INTERROGATORY NO. 14:** Describe in detail any and all facts evidencing, concerning, referring to, relating to or embodying any facts in support of your contention that the Defendant deprived you of "employment rights," identifying with particularity those "employment rights" of which you were deprived.

**INTERROGATORY NO. 15:** Describe in detail any and all facts evidencing, concerning, referring to, relating to or embodying any facts in support of your contention that

Defendant breached its contract with Local 2094 of the American Federation of State, County and Municipal Employees.

**INTERROGATORY NO. 16:** Describe in detail and identify all actions taken in response to any alleged breach by the Defendant of its contract with Local 2094 of the American Federation of State, County and Municipal Employees, including in your answer the date of each action identified.

**INTERROGATORY NO. 17:** Describe in detail any and all relevant facts evidencing, concerning, referring to, relating to or embodying any fact in support of any contention that Local 2094 of the American Federation of State, County and Municipal Employees wrongfully refused to process any grievance brought by you or in any way breached its duty to you of fair representation.

**INTERROGATORY NO. 18:** Describe your education, professional training, and employment history, identifying in your answer whether or not you are currently employed, with whom, position held, the length of employment and a list of your current responsibilities.

**INTERROGATORY NO. 19:** Identify the person(s) answering or providing any information in the preparation of the responses to these Interrogatories.

Respectfully submitted,

*Timothy F. McCormack / JEK*
Timothy F. McCormack
Bar No. 385025
Jennifer E. Keyser

Ballard Spahr Andrews & Ingersoll, LLP
18th Floor
300 East Lombard Street
Baltimore, Maryland 21202
Telephone: (410) 528-5600
Facsimile: (410) 528-5650

Attorney for Plaintiff Howard University

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2005, a copy of the foregoing was mailed, first-class, postage prepaid, to:

>Rossi M. Potts
>14124 Bishop Claggett Court
>Upper Marlboro, Maryland 20772

_____
Timothy F. McCormack

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 04-1856 (RMU) |
| HOWARD UNIVERSITY, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY that on this 13th day of July, 2005, a copy of Howard University's First Set of Interrogatories was mailed first-class, postage prepaid to Rossi M. Potts, 14124 Bishop Claggett Court, Upper Marlboro, Maryland 20772, and that I will retain the original of these documents in my possession, without alteration until the case is concluded, the time for noting an appeal has expired, and my appeal noted has been decided.

Timothy F. McCormack / JEK
Timothy F. McCormack
Bar No. 385025
Jennifer E. Keyser

Ballard Spahr Andrews & Ingersoll, LLP
18th Floor
300 East Lombard Street
Baltimore, Maryland 21202
Telephone: (410) 528-5600
Facsimile: (410) 528-5650

Attorneys for Defendant Howard University

MD_DOCS_A #1261211 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July, 2005, a copy of the foregoing was mailed, first-class, postage prepaid, to:

> Rossi M. Potts
> 14124 Bishop Claggett Court
> Upper Marlboro, Maryland 20772

*Timothy F. McCormack / JEK*
Timothy F. McCormack

MD_DOCS_A #1261211 v1