LAW OFFICES
# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MARYLAND 21202-3268
410-528-5600
FAX: 410-528-5650
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC
WILMINGTON, DE

JENNIFER E. KEYSER
DIRECT DIAL: 410-528-5687
PERSONAL FAX: 410-361-8903
KEYSERJ@BALLARDSPAHR.COM

August 23, 2005

Rossi M. Potts
14124 Bishop Claggett Court
Upper Marlboro, Maryland 20772

   Re: Rossi M. Potts V. Howard University
     Civil Action No. 1:05-CV01317

Dear Mr. Potts:

  Pursuant to Local Rule 16.3, we have a duty to meet and confer regarding certain issues involved in the above-referenced matter. The matters to be discussed by parties are more further outlined at Local Rule 16.3(c). Please telephone me at your earliest convenience so that we may discuss these matters and prepare ourselves for the status conference on Tuesday, September 27, 2005.

  In addition, please be advised that your discovery responses were due on Monday, August 15, 2005. Should I fail to receive sufficient discovery responses by the close of business on Friday, August 26, 2005, I will be forced to file a motion to compel discovery.

  I look forward to hearing from you.

           Very truly yours,

           Jennifer E. Keyser

JEK/rk
cc: Howard University

DMEAST #8585787 v1



EXHIBIT C