## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS, | * |
| Plaintiff, | * |
| v. | *  Civil Action No.: 1:05-CV-01317 |
| HOWARD UNIVERSITY, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendant Howard University's Motion to Compel Discovery, it is this ___ day of September, 2005, by the United States District Court for the District of Columbia,

ORDERED that Plaintiff Rossi M. Potts shall, within ten (10) days after the date of entry of this Order, serve on counsel for Defendant Howard University answers to the First Set of Interrogatories of Defendant Howard University, a response to the First Request for Production of Documents, and all responsive documents for inspection and copying.

_____
Judge, United States District Court for the
District of Columbia

cc: Timothy F. McCormack, Esquire
Jennifer E. Keyser, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 E. Lombard Street
18th Floor
Baltimore, Maryland 21202

Rossi M. Potts
14124 Bishop Claggett Court
Upper Marlboro, Maryland  20772