IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 1:05-CV-01317 |
| HOWARD UNIVERSITY, | * |
| Defendant. | * |

* * * * * * * * * * * * *

**ORDER**

Upon consideration of the Motion of Defendant Howard University to Dismiss Plaintiff's Amended Complaint, and good cause therefor having been shown, it is, this ___ day of September, 2005, by the United States District Court for the District of Columbia,

ORDERED that the Amended Complaint of Rossi M. Potts is DISMISSED.

_____
United States District Judge

cc:   Timothy F. McCormack, Esquire
      Jennifer E. Keyser, Esquire
      Ballard Spahr Andrews & Ingersoll, LLP
      18th Floor
      300 E. Lombard Street
      Baltimore, MD  21202

      Rossi M. Potts
      14124 Bishop Claggett Court
      Upper Marlboro, Maryland 20772

DMEAST #4263455 v1