

Agreement

Between

HOWARD UNIVERSITY/
HOWARD UNIVERSITY HOSPITAL

and

THE AMERICAN FEDERATION
OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES,
AFL-CIO
DISTRICT COUNCIL 20, LOCAL 2094

EXHIBIT A



# TABLE OF CONTENTS
| | | |
|---|---|---|
| PREAMBLE | | 1 |
| ARTICLE I | RECOGNITION | 2 |
| ARTICLE II | UNION SECURITY | 2 |
| ARTICLE III | CHECKOFF AND UNION DUES | 3 |
| ARTICLE IV | HOURS OF WORK | 3 |
| Section 1 | Regular Hours | 4 |
| Section 2 | Work Schedule | 4 |
| Section 3 | Work Day or Shift | 4 |
| Section 4 | Rest Breaks | 5 |
| Section 5 | Work Schedule | 5 |
| Section 6 | Reporting Time | 5 |
| Section 7 | Staffing Schedules | 6 |
| Section 8 | Permanent Shift | 6 |
| ARTICLE V | MEALS | 6 |
| ARTICLE VI | HOLIDAYS | 7 |
| Section 1 | Regular Holidays | 7 |
| Section 2 | Special Holidays | 8 |
| ARTICLE VII | LEAVE | 8 |
| Section 1 | Annual Leave | 8 |
| Section 2 | Sick Leave | 10 |
| Section 3 | Personal Leave | 12 |
| Section 4 | Leaves of Absence | 12 |
| Section 5 | Leave Without Pay | 13 |
| Section 6 | Absence Without Leave | 14 |
| Section 7 | Procedure | 14 |
| Section 8 | Bonus Time Off | 14 |
| Section 9 | Satisfactory Leave Record | 15 |
| Section 10 | Use of Annual Leave on Death in Immediate Family | 16 |
| ARTICLE VIII | REMISSION OF TUITION | 16 |
| Section 1 | Faculty and Staff | 16 |

i

| | | |
|---|---|---|
| ARTICLE IX | OVERTIME | 18 |
| Section 1 | Rate of Pay | 18 |
| Section 2 | Distribution | 19 |
| Section 3 | Required Continuing Education Programs | 19 |
| ARTICLE X | SENIORITY | 19 |
| Section 1 | Definitions | 19 |
| Section 2 | Demotions | 20 |
| Section 3 | Layoff | 20 |
| Section 4 | Recall | 20 |
| Section 5 | Consolidation or Elimination of Jobs | 21 |
| Section 6 | Filling Vacancies | 21 |
| Section 7 | Promotions | 22 |
| Section 8 | Other Applications | 22 |
| Section 9 | Superseniority for Shop Steward | 22 |
| ARTICLE XI | WAGES | 23 |
| Section 1 | Wages | 23 |
| Section 2 | Performance Increase | 24 |
| Section 3 | Shift Differential | 26 |
| Section 4 | Saturday and Sunday Differentials | 26 |
| Section 5 | Wage Pay Practices | 26 |
| Section 6 | Pay Error | 26 |
| Section 7 | Overpayment Error | 27 |
| Section 8 | Weekend Bonus | 27 |
| Section 9 | Weekend | 27 |
| ARTICLE XII | ON-CALL AND EMERGENCY CALL-BACK | 27 |
| Section 1 | On-Call | 27 |
| Section 2 | Call-Back Time | 27 |
| Section 3 | Failure to Report | 28 |
| Section 4 | Stand By Time | 28 |
| Section 5 | Non-Call Status | 28 |
| Section 6 | Emergency Staff | 28 |
| ARTICLE XIII | DISCIPLINE AND DISCHARGE | 30 |
| Section 1 | | 30 |
| | Counseling | 31 |
| | Reprimands | 31 |
| | Suspension | 31 |
| | Suspension Pending Investigation | 32 |
| | Suspension for Disciplinary Reasons | 32 |
| ARTICLE XIV | GRIEVANCE PROCEDURE | 33 |
| ARTICLE XV | PERSONNEL FOLDERS | 35 |
| Section 1 | | 35 |
| Section 2 | | 35 |
| Section 3 | | 35 |
| ARTICLE XVI | STRIKES AND LOCKOUTS | 35 |
| ARTICLE XVII | CONTRACTING OUT | 36 |
| ARTICLE XVIII | SAFETY AND HEALTH | 36 |
| Section 1 | General Provisions | 36 |
| Section 2 | Health and Safety Committee | 37 |
| Section 3 | | 37 |
| Section 4 | | 37 |
| Section 5 | Light Duty or Modified Work Assignment | 37 |
| Section 6 | Confidential Employee Assistance Program(EAP) | 38 |
| Section 7 | Video Display Terminals | 39 |
| ARTICLE XIX | GENERAL PROVISIONS | 39 |
| Section 1 | Pledge Against Discrimination and Coercion | 39 |
| Section 2 | Union Bulletin Boards | 40 |
| Section 3 | Union Representatives | 40 |
| Section 4 | Uniforms | 43 |
| Section 5 | Agreement | 44 |
| Section 6 | Training and Career Ladder Programs | 45 |
| Section 7 | Departmental Policy Manuals | 46 |

| | | |
|---|---|---|
| Section 8 | New And Changed Classsifications | 46 |
| Section 9 | Job Descriptions | 47 |
| Section 10 | Work Out of Classification | 47 |
| Section 11 | Sexual Harassment | 47 |
| ARTICLE XX | UNION MANAGEMENT CONFERENCES | 48 |
| Section 1 | | 48 |
| Section 2 | | 48 |
| Section 3 | | 49 |
| Section 4 | | 49 |
| ARTICLE XXI | MANAGEMENT RIGHTS | 50 |
| Section 1 | | 50 |
| Section 2 | Authority | 50 |
| ARTICLE XXII | TRANSFEREE'S STATUS | 51 |
| ARTICLE XXIII | SAVINGS CLAUSE | 53 |
| ARTICLE XXIV | MAINTENANCE OF BENEFITS | 53 |
| Section 1 | | 53 |
| ARTICLE XXV | HEALTH CARE | 54 |
| Section 1 | | 54 |
| ARTICLE XXVI | HEALTH AND WELFARE FUND | 55 |
| ARTICLE XXVII | PERFORMANCE EVALUATION | 55 |
| Section 1 | | 55 |
| Section 2 | | 55 |
| Section 3 | | 56 |
| Section 4 | | 56 |
| Section 5 | | 56 |
| Section 6 | | 56 |
| ARTICLE XXVIII | TERMINATION | 57 |
| APPENDIX A | | 58 |
| APPENDIX B | | 68 |
| APPENDIX C | | 73 |

# PREAMBLE

This AGREEMENT made and entered into this 28th day of September, 1992, by and between Howard University of the City of Washington, D.C., hereinafter called the Employer and the American Federation of State, County, and Municipal Employees, Local 2094, hereinafter called the Union.

WHEREAS:

It is the desire of the parties hereto to establish certain standards of wages, hours and conditions of employment which will prevail between them during the term of this Agreement, and it is the desire of said parties to regulate mutual relations with the view towards securing harmonious cooperation between them; and

WHEREAS:

Both parties to this Agreement recognize that any economic provision of said Agreement will depend upon appropriation to the University from the Congress; including provisions of Public Law 87-262 and the formal transfer Agreement between The Department of Health, Education, and Welfare and the University. If there is a change in the congressional funding which affects the Hospital's ability to fully perform the terms of this Agreement, the Hospital shall notify the union and negotiate. Should the parties reach impasse the provisions outlined under the National Labor Relations Act governing hospitals shall apply and the prohibitions of Article XVI shall not apply.

NOW, THEREFORE, in consideration of the mutual promises hereinafter set forth the parties hereto agree as follows:

# ARTICLE I
# RECOGNITION

For the duration of this Agreement, Council 20, Local Union 2094 shall be the exclusive bargaining agent for the purpose of establishing wages, hours and conditions of employment for regular, probational staff, temporary and part time employees* of Howard University Hospital, (herein called the Employer), excluding: all employees covered by other contracts, personnel employees, trainees, requisition and student employees, supervisory, confidential office employees, administrative and managerial employees, physical and occupational therapists. A list of job titles and classification for all positions covered by this agreement is available.

- A regular employee is one who has satisfactorily completed a probationary (trial) period of service at the University in a budgeted position and who has been approved for continuing employment.

A probationary employee is one hired to work for a trial period of 6 months with the expectation of continued employment.

- A temporary employee is one who is hired to do a specific job for a period up to 12 months. This period of time may be extended but only to finish the specific job for which the employee was hired.

# ARTICLE II
# UNION SECURITY

It is agreed that all employees covered by this Agreement now in the employ of the Employer who are now members of the Union, and all who voluntarily become members of the Union at any time during the life of this Agreement, shall maintain their membership for the life of this agreement.

In keeping with the principle that employees who benefit by this Agreement should share in the cost of administering the contract, the parties agree that any present or future employee who is not a Union member or who does not make application for membership shall pay to the Union each month a service charge in an amount equal to, but not more than, the regular monthly dues.

# ARTICLE III
# CHECKOFF AND UNION DUES

Upon receipt of a signed authorization, the Employer agrees to deduct from each employee's pay the Union membership initiation fee, assessment and dues in accordance with the authorization. The amounts to be deducted shall be certified to the Employer by the Director of District Council 20, and the aggregate deductions of all employees shall be remitted, together with an itemized statement, to the Treasurer and President of AFSCME, Local 2094 by the 15th of the succeeding month after the payday for which such deductions are made. If any employee has insufficient earnings in the first payroll period of any month to equal dues or initiation fee deductions, the deduction shall be made in the next payroll period in which the employee has sufficient earnings.

The Union agrees to indemnify and hold the Employer harmless from any and all claims, suits, judgments, attachments and any other liability resulting from any deduction from wages in accordance with this Article. The Union agrees to pay to the Hospital a transaction charge of $0.10 per transaction to partially defray the cost of providing checkoff service and segregating data with respect to Union dues, and the notice of new

2  3