hires. The Hospital agrees to provide an invoice of said charges on a quarterly basis.

The Hospital will make available to eligible bargaining unit employees, an informational packet (including an authorization form for dues deduction), as provided by the Union and approved by the Hospital.

Any employee who fails to execute a written authorization form or to tender the required dues or fees shall be given a written notice by the Union stating the amount due and showing how that amount was calculated. The employee will be given ten (10) working days to pay the stated amount.

If the employee fails to comply, the Union shall notify the Hospital in writing. The Hospital shall discipline the employee within thirty (30) days following receipt of such notice.

## ARTICLE IV
## HOURS OF WORK

### Section 1. Regular Hours

The regular hours of work each day shall be consecutive except that they may be interrupted by a lunch period.

### Section 2. Work Schedule

(a) The work week of forty (40) hours shall consist of five consecutive eight hour days, Monday through Friday inclusive, except for employees in continuous operations, discussed below.

(b) Continuous operations is defined as any Department in which there is regularly scheduled employment in excess of eight (8) hours per day or five (5) days per week.

(c) The work week for employees engaged in continuous operations shall consist of five consecutive eight hour days, to the maximum extent possible.

### Section 3. Work Day or Shift

The standard work day or shift shall consist of eight (8) hours of work to be completed within 8 1/2 consecutive hours with a 45 minute meal break. In the event of emergencies or inadequate coverage, employees who cannot take their meal break shall be compensated for the time beyond their scheduled hours at one and one half times their regular hourly rate.

### Section 4. Rest Breaks

One rest period of fifteen (15) minutes shall be allowed during each regular work shift when such a break does not disrupt normal operations. Supervisors will make every effort to plan the work activities so that the employees can be released for rest breaks. The rest break is not cumulative and cannot be used to alter either the beginning or the end of a work shift or to extend lunch periods.

### Section 5. Work Schedule

For employees engaged in continuous operations, work schedules showing the employee shifts, work days, and hours shall be posted on appropriate department bulletin boards and at employees work sites at least 30 days in advance.

If it is necessary to change the shift worked after the final schedule has been published, the Supervisor will give the employee at least forty-eight (48) hours prior written notice. These changes, which do not represent additional hours of work beyond the regular work period, will be compensated at the rate of an additional

inconvenience payment of twenty-five dollars ($25.00) for each workday shift that is changed. The compensation will not constitute part of the regular pay or shift differential. If at least fourteen days notice is provided to an employee or the employee voluntarily requests a change, and management approves, this provision shall not apply.

Nothing herein shall be construed to limit the authority of the Employer to assign work duties for the purpose of meeting an emergency situation over which the Employer has no control. However, such assignments shall not extend beyond the period of such emergency.

### Section 6. Reporting Time

(a) Any full-time employee who is scheduled to report for work and who presents himself for work as scheduled, shall be assigned to at least eight (8) hours work. Any part-time employee who presents himself for work as scheduled shall be assigned to at least the number of hours as scheduled.

(b) In all situations where possible, the employee shall notify the appropriate department supervisor or his/her designee when he or she will be late or absent prior to the start of the scheduled shift in accordance with departmental policy.

### Section 7. Staffing Schedules

(a) Staffing schedules shall be arranged for employees engaged in continuous operations so that such employees shall not be required to work more than every other weekend or more than every other Holiday except in cases of severe unit understaffing or excessive absenteeism. This arrangement may be suspended where extenuating circumstances warrant. Nothing herein shall prevent employees from voluntarily agreeing to be scheduled to work every weekend and/or holiday.

(b) Employees shall be permitted to use annual leave or sick leave on weekends when approved either in advance, as defined in this agreement, or when leave is requested for emergency purposes or illness. Management shall not deny a scheduled weekend off, unless it has been determined by Management that the respective employee has a record of abuse of leave privileges or an emergency as declared by Hospital Administration.

### Section 8. Permanent Shift

Employees who apply for permanent shift vacancies shall be selected on the basis of seniority.

## ARTICLE V
## MEALS

Except as hereinafter provided, full-time employees in the food service facilities of the University will be subject to a deduction covering two (2) meals a day in each basic work week. Part-time food production and service employees will be subject to a food deduction for at least one (1) meal a day in each basic work week

schedule of five working days; except that (a) if an employee is kept on continuous duty through the service of the third meal, and such duty involves the payment of wages at the over-time rate, three meals may be served to the employee and deductions made therefore; (b) provided further that unless the time of an employee, who has been carried for more than fifteen days on a five-hour per day job is increased to seven hours, he will be served and charged for only one meal per day.

The amount of deductions during a fiscal year will be determined at the raw food cost prevailing at the beginning of the fiscal year. This information will be provided to the Union.

## ARTICLE VI
## HOLIDAYS

**Section 1. Regular Holidays**

The University observes the following regular holidays:

  New Years' Day
  Martin Luther King's Birthday
  President's Day
  Memorial Day
  Independence Day
  Labor Day
  Columbus Day
  Veterans Day
  Thanksgiving Day
  Christmas Day

Additional (special) holidays may be authorized by the President of the University.

(a) In the event a regular holiday falls on a Saturday or Sunday, the closer work day is observed as a holiday (the preceding Friday or the following Monday) for persons who work a Monday through Friday work week. When a regular holiday occurs during the employee's vacation, such days are not counted as leave.

(b) If a regular holiday falls on the off day of an employee, the employee is given an additional off-duty day immediately preceding or following the scheduled holiday.

(c) Employees required to work on a regular holiday are to be compensated at the rate of two times their basic hourly rate for hours worked.

**Section 2. SPECIAL HOLIDAYS**

(a) Employees who are required to work and actually work their full tour of duty on Christmas Day, New Years' Day, July 4th, or Thanksgiving Day will be compensated as follows:

The eight (8) hours of holiday pay will be counted as productive hours and the eight (8) hours actually worked will be paid at 1.5 times their basic hourly rate.

(b) Employees required to work on a special holiday observed by the Hospital, do not receive holiday pay but are given a day off in lieu thereof.

## ARTICLE VII
## LEAVE

**Section 1. Annual Leave**

Employees are entitled to annual leave with full pay during each year; Saturdays, Sundays, and holidays or days off in lieu thereof shall not be counted.

Annual leave is accruable in the following manner:
(a) Thirteen (13) days a year for employees with less than three (3) years of service.

(b) Twenty (20) days a year for employees with three (3) but less than fifteen (15) years of service.

(c) Twenty-six (26) days a year for employees with fifteen (15) or more years of service.

(d) Employees shall be permitted to use annual leave on weekends, when approved either in advance, as defined in this agreement, or when leave is requested for emergency purposes or illness.

Annual leave may not be accumulated in excess of that which would be earned in a twelve month period.

Subject to the prior approval of the appropriate supervisor, annual leave may be used as follows:

(a) Annual leave in excess of five consecutive days shall be requested at least 45 days in advance. The request shall be filled out in duplicate and the appropriate supervisor shall sign a copy and immediately return it to the employee. Within ten (10) working days of submission of a leave request, the appropriate supervisor will return to the employee a duplicate copy of the request notifying him/her of its approval or disapproval. Leave requests shall not be unreasonably withheld and will be responded to in a timely manner. Moreover, no employee shall be unreasonably restricted from taking leave in any month of the calendar year. It is further understood and agreed that employee requests for use of excess annual leave shall not be unreasonably denied.

It will be the joint responsibility of the employee and his/her supervisor to monitor leave balances and schedule leave throughout the year so employees will avoid losing leave at the end of the year.

(b) Emergency Purposes - An emergency is any situation that develops suddenly and unexpectedly or an unforeseen combination of circumstances and results thereof that demand immediate action.

(c) Annual leave may, at the employee's option, be used in lieu of sick leave.

Although annual leave is a right of the employee, in that its accrual may not be denied, it is the duty of the administrator concerned to make the final decision as to when leave is to be used. As far as practical, determination as to time and amount of annual leave to be taken is on the basis of mutual agreement between the

employee and his supervisor. Time consideration shall be given to seniority among other factors, as leave schedules are established.

**Section 2. Sick Leave**

(a) Allowance - Employees shall earn thirteen (13) days of sick leave per year. Any employee who becomes sick or disabled to the point he is unable to perform his job, or has a scheduled medical or dental appointment, shall be permitted to use accumulated sick leave without loss of pay. Management may require employees on sick leave to furnish a medical certificate for any sick leave in excess of three (3) consecutive days.

Employees on sick leave shall notify their supervisors or designee(s) prior to their scheduled work time on each day of their absence, unless otherwise prohibited by personal emergencies or circumstances beyond the employees' control. In such emergency situations, notice shall be given as soon as the employee is able. However, employees who specifically state the duration of their illness at the initial contact with their supervisor or designee(s) shall be exempt from calling in each day of their illness.

(b) Accumulation - Employees shall start to earn sick leave from their date of hire, and they shall accumulate sick leave without a maximum as long as they are in the service of the Employer. No terminal payment for accumulated sick leave shall be made.

(c) An employee eligible for sick leave with pay may use such sick leave for absence due to his own illness or injury; or illness or injury in his/her immediate family which requires the employee's personal attention. Immediate family will be limited to brothers, sisters, children, wards, parents, grandparents, and spouse.

(d) In order to encourage the accumulation of sick leave, the Hospital shall pay to each full time employee who has been employed for an entire pay year a cash amount as follows:

| Sick leave hours used during the year | Cash Incentive |
|---|---|
| 0 - 8 hours = | $500.00 |
| 9 - 16 hours = | $250.00 |

This incentive benefit shall extend to part-time workers on a prorated basis.

This incentive benefit shall be effective upon signing of the contract.

**Section 3. Personal Leave**

Personal leave is any combination of annual leave, sick leave or leave without pay granted because of incapacitation, restrictive physical impairment or pregnancy which adversely affects the employee's productivity and work performance. Application for such leave should be accompanied by a medical certificate from a physician.

In addition to the above, a male employee may request annual leave or leave without pay for the purpose of assisting in caring for the mother of his newborn chid, his newborn child, his minor children or adopted child while the mother is incapacitated for maternity reasons. Application for such leave should be accompanied by a medical certificate from a physician.

The term physician applies to any qualified medical practitioner.