### Section 4. Leaves of Absence

(a) Educational Leave – Employees with two (2) or more years of service at the University may be granted leave without pay whenever possible, for educational purposes up to a maximum period of one (1) year. However, this period may be extended for an additional one (1) year period or any portion thereof where an approved program duly authorized requires a longer period for completion. During this period of leave the employee is eligible for temporary or part-time work with the University.

(b) Military Leave – Employees who are members of Reserve Components of the Armed Forces upon submission of official orders may be granted a leave of absence for training purposes. Such period of absence, with pay, will be limited to the period of annual training. Military leave with pay is limited to ten consecutive work days (within a 14 day calendar period) during each fiscal year. Requests for additional leave for purposes of military activities will upon submission of official orders, be governed by the annual leave and/or leave without pay sections of this agreement.

(c) Court Leave – Court leave, as used herein, is absence from University duty for the purpose of serving as a juror or attending court as a witness on behalf of the Federal Government or a Municipal government in response to a subpoena. When the employee presents to his supervisor such orders, subpoena, or summons from a court to appear, court leave with pay will be granted for the day or days when service is rendered.

(d) Public Office Leave – An employee elected to a public office may be granted a leave of absence without pay, where staffing permits, not to exceed four (4) years or the term of office, whichever is longer. During this time an employee shall retain his seniority rights and all other benefits while on leave.

### Section 5. Leave Without Pay

Leave without pay is an approved absence from duty in a non-pay status requested by the employee. It is distinguished from absence without leave, which is a non-pay status for non-approved absences.

A leave of absence without pay may be granted for a reasonable purpose for a period not to exceed six (6) months, at which time it may be extended or renewed for a period not to exceed six (6) months.

In each case, leave of absence shall be subject to approval by the employer.

### Section 6. Absence Without Leave

No disciplinary action or pay status change will be taken against an employee who has been charged with being absent without leave, until the employee has had an opportunity to state reasons for his alleged unautho-

rized absence to his immediate supervisor. If the employee's explanation is reasonable under established policies, the length of his absence will be charged against his accumulated sick leave or annual leave without loss of pay, where possible. An employee who has not notified proper supervisory personnel of his inability to report beyond twenty-four(24) hours shall not be eligible for the provisions of this Article.

### Section 7. Procedure

All requests for leave without pay shall be processed in accordance with University policy governing such leave. Request for leave without pay shall be filled out in duplicate and the employee requesting the leave will receive a carbon copy of the request for leave.

### Section 8 - Bonus Time Off

As a bonus for maintaining a perfect attendance record for four (4) consecutive months, employees shall receive a bonus of eight (8) hours off with a maximum of sixteen (16) bonus hours off per year. A perfect record is defined as being on the job each day as scheduled, except for scheduled leave, absences due to bereavement as defined in Article VII Section 10, or on the job injuries resulting in being absent ten days or less. Employees out on unscheduled leave will forfeit the employee's right to earn bonus time off for the applicable month. Employees out on unscheduled leave will begin earning the bonus time off beginning the first day of the month following their return to work.

### Section 9. Satisfactory Leave Record

1. A satisfactory leave record is one that reflects the leave record defined in the Standard Practice Manual.

2. An unsatisfactory time and attendance record is one that reflects the abusive practices as developed in procedures under the Standard Practice Manual.

3. A perfect time and attendance record is one that reflects the exclusive use of scheduled leave and reporting to duty (the duty station) at the scheduled time, ready to work.

4. Terminology used to describe leave practice.

Tardiness:

Failure to report to the assigned duty station ready for work at the defined time that the scheduled tour of duty begins.

Unscheduled Leave:

That time off duty which has not been requested in advance and for which prior written or verbal approval has not been granted.

Absent Without Official Leave (AWOL):

Absence from duty without prior written approval and/or verbal approval from the leave approving supervisor within 24 hours or a call-in.

Leave Approving Supervisor:

The persons who are assigned responsibility for the employee's performance. In the case of absence, the

rized absence to his immediate supervisor. If the employee's explanation is reasonable under established policies, the length of his absence will be charged against his accumulated sick leave or annual leave without loss of pay, where possible. An employee who has not notified proper supervisory personnel of his inability to report beyond twenty-four(24) hours shall not be eligible for the provisions of this Article.

### Section 7. Procedure

All requests for leave without pay shall be processed in accordance with University policy governing such leave. Request for leave without pay shall be filled out in duplicate and the employee requesting the leave will receive a carbon copy of the request for leave.

### Section 8 - Bonus Time Off

As a bonus for maintaining a perfect attendance record for four (4) consecutive months, employees shall receive a bonus of eight (8) hours off with a maximum of sixteen (16) bonus hours off per year. A perfect record is defined as being on the job each day as scheduled, except for scheduled leave, absences due to bereavement as defined in Article VII Section 10, or on the job injuries resulting in being absent ten days or less. Employees out on unscheduled leave will forfeit the employee's right to earn bonus time off for the applicable month. Employees out on unscheduled leave will begin earning the bonus time off beginning the first day of the month following their return to work.

### Section 9. Satisfactory Leave Record

1. A satisfactory leave record is one that reflects the leave record defined in the Standard Practice Manual.

2. An unsatisfactory time and attendance record is one that reflects the abusive practices as developed in procedures under the Standard Practice Manual.

3. A perfect time and attendance record is one that reflects the exclusive use of scheduled leave and reporting to duty (the duty station) at the scheduled time, ready to work.

4. Terminology used to describe leave practice.

Tardiness:

Failure to report to the assigned duty station ready for work at the defined time that the scheduled tour of duty begins.

Unscheduled Leave:

That time off duty which has not been requested in advance and for which prior written or verbal approval has not been granted.

Absent Without Official Leave (AWOL):

Absence from duty without prior written approval and/or verbal approval from the leave approving supervisor within 24 hours or a call-in.

Leave Approving Supervisor:

The persons who are assigned responsibility for the employee's performance. In the case of absence, the

person who is assigned to relieve (cover for) the leave approving supervisor will become the leave approving supervisor for the period of that absence.

### Section 10. Use of Annual Leave on Death In Immediate Family

Annual leave may be granted in connection with the death of a member of the employee's immediate family. If no accrued annual leave is available, leave may be advanced up to a maximum of three days.

Consideration shall be given to religious beliefs, cultural beliefs, geographic distances involved and the extent of family responsibilities when granting the leave.

Supervisors will endeavor to comply with the request of the employee as to the time and amount of leave to be taken.

Employees are urged to seek advance approval for this leave.

## ARTICLE VIII
## REMISSION OF TUITION

### Section 1. Faculty and Staff

Employees covered by this agreement are entitled to remission of tuition in accordance with established University policy.

## ARTICLE IX
## OVERTIME

### Section 1. Rate of Pay

Employees will be paid for overtime hours at a rate of one and one-half their regular hourly rate of pay for the time worked as described below:

All worked hours in excess of eight hours in any work day consistent with the Hospital policy for the administration of overtime.

18

All worked hours in excess of forty (40) hours in any basic work week.

Overtime pay for holidays worked will be paid in accordance with the Hospital overtime policy.

### Section 2. Distribution

Within an organizational unit overtime will be assigned successively on the basis of seniority to employees in a particular classification to the extent possible.

### Section 3. Required Continuing Education Programs

Participation in required continuing education programs outside of the regularly scheduled working hours will be viewed as time worked and compensated as overtime.

## ARTICLE X
## SENIORITY

### Section 1. Definitions

(a) Seniority means an employee's continuous length of service with the Employer. Continuous service shall be interrupted only by separation because of resignation, discharge for a just cause, failure to return upon expiration of a leave of absence, failure to respond to a recall from layoff or retirement.

(b) Demotion – means the reassignment of an employee from a position in one job classification to a lower paying position in the same or another job classification.

19

(c) Consolidation – means the combining of duties of two or more jobs.

(d) The Employer shall annually compile a seniority list for employees covered by this Contract. Five copies shall be furnished to the Union. Seniority will be listed showing name, unit or department, job title, and last date of hire. The list will be in seniority order.

### Section 2. Demotions

Demotions may be made to avoid laying off employees or for reasons of incompetence.

### Section 3. Layoff

In the event it becomes necessary to lay off employees for any reasons, the Union shall have the opportunity of discussing alternate actions with the Employer. If layoff cannot be avoided, employees shall be laid off in the inverse order of their seniority within the unit. At least 30 days written notice shall be given to any affected employee prior to any such action. Any affected employee who is not so notified shall receive regular pay for the thirty-day period or any part thereof for which notification was not given.

### Section 4. Recall

New employees shall not be hired in a job vacancy until all employees in the job classification for the vacancy, who were laid off within a 12-month period immediately preceding the decision to re-hire, are notified in writing and given an opportunity for re-employment. Employees recalled under this provision shall be in accordance with their seniority. Employees shall have thirty (30) days to respond to recall.

### Section 5. Consolidation or Elimination of Jobs

The Union shall be given a thirty (30) day written notice of employees displaced or whose jobs are otherwise eliminated as a result of the development of new facilities, consolidation, technological changes, or for any other reason. Such employees shall be encouraged to apply for other vacancies within the University.

An employee so placed in other positions within the hospital shall maintain his seniority without regard to former job classification.

### Section 6. Filling Vacancies

(a) Whenever a permanent position vacancy occurs within a department the Employer shall post a description of such opening on bulletin boards convenient to work areas and on all official bulletin boards for a period of ten (10) working days or through such procedures as are otherwise agreed to between the Union and the Employer. The Union shall be furnished a copy of all such advertisements. The President of Local #2094 shall receive such copies as soon as possible prior to the advertisements being made public.

(b) Employees may bid on filling of such job by submitting a written application to the Employer prior to the expiration date of the posting.

(c) In filling job vacancies within a department, applications shall be considered on the basis of continuous length of service within the department, ability, qualifications, and physical fitness to perform the job. Applicants from outside the University shall not be considered unless no qualified employee applies for the position.

(d) Unsuccessful candidates who reach the departmental interview stage for a position will be notified in writing by the respective department head within one (1) week following the hiring of a candidate.

**Section 7. Promotions**

The term promotion as used in this provision means the advancement of an employee to a higher paying position.

All promotions shall be made on the basis of seniority if the knowledge, training, ability, work performance, and skill of the respective applicants are considered equal.

Each employee shall be given an opportunity for promotion without regard to race, sex, creed, religion, sexual preference, or national origin.

**Section 8. Other Applications**

Where all factors are equal as determined by the employer, questions involving temporary job assignments and vacation schedules shall be determined on the basis of seniority.

**Section 9. Superseniority for shop stewards**

In the event of a layoff, the shop stewards and officers of Local 2094 shall be the last to be laid off from their respective job classification provided they have the qualifications, skill and ability to perform the available work. The Union will provide the Executive Director with a list annually of those stewards and officers who are entitled to superseniority.

## ARTICLE XI
## WAGES

**Section 1. Wages**

1. During the first contract year the bargaining unit employees shall receive the following salary adjustments:

   a. A contract signing bonus amount equal to 1.5 percent of the employees annual base pay in effect October 1, 1991. This one time non-recurring, non-annualized, lump-sum bonus shall be paid to those bargaining unit employees who were in active pay status between October 1, 1991 through the contract signing date.

   b. A one percent (1%) salary adjustment effective first full pay period after December 1, 1992.

   c. A one percent (1%) salary adjustment effective first full pay period after April 30, 1993.

2. Effective the first full pay period after October 1, 1993, the start of the second full year of this Agreement, the bargaining unit salary scale then in effect will be adjusted by two (2%) percent.

3. Effective the first full pay period after October 1, 1994, the start of the third full year of this Agreement, the bargaining unit salary scale then in effect will be adjusted by two and one-half (2.5%) percent.

4. All pay adjustments will be made in accordance with University/Hospital compensation procedures.