5. The Hospital, in its sole discretion, may increase pay of job classifications covered by this Agreement more than the negotiated amounts. The union will be provided advance notification of such increase(s).

### Section 2. Performance Increase

Effective the first full pay period in October, 1992, following the signing of this Agreement, annual in-grade increases will be based on progression points of 2%. Such in-grade increases shall be given to employees in this bargaining unit providing a satisfactory evaluation had been obtained during the preceding twelve (12) months and the employee completes required Guest Relations Training, and other Hospital required Training and Development programs; and maintains current certification (in those occupations where formal certification is available and required) and one of the following set forth below:

Non-Technical

(a) Completion of educational attainment greater than the incumbent's present status or position requirement (i.e., G.E.D./high school Diploma/College or vocational degree or certificate) within the evaluation period.

OR

(b) Attended and completed all scheduled in-service education programs in their respective departments.

Technical

(a) Completion of educational attainment greater than the incumbent's present status or position requirement (i.e., G.E.D./high school Diploma/College or vocational degree or certificate).

OR

(b) Documented participation in Departmental Inservice Educational programs and hospital related programs/training, community service or professional organization for which prior approval has been obtained.

Each employee in the bargaining unit who receives an excellent or above average evaluation shall be awarded a performance based bonus as outlined in this Agreement within sixty (60) days after his/her anniversary date (See Pay for Performance Procedure). Performance increase payments will be effective on the anniversary date of the employee and will be computed on the employee's base salary paid for the previous twelve (12) month period.

The following criteria will be used to determine annual performance increases:

|  | Progression Points: | Bonus |
|---|---|---|
| Excellent | One (1) plus | 2% |
| Above Average | One (1) plus | 1% |
| Satisfactory | One (1) | |

Employees in a waiting period who receive an excellent or above average rating will be eligible to receive the appropriate bonus.

One progression point on the salary scale is equivalent to two (2%) percent.

24   25

### Section 3. Shift Differential

In addition to the established wage rates, employees assigned to work on the evening shift between the hours of 3:30 p.m. - 12:00 midnight shall be compensated with a differential of 15 percent. The evening differential shall be applied by multiplying the employee's base hourly rate by 1.15.

Employees working on the midnight shift, between the hours of 11:30 - 8:00 a.m. shall be compensated with a differential of 20 percent. The midnight differential shall be applied by multiplying the employee's base hourly rate by 1.20.

Differential pay shall apply whenever at least 50 percent of the hours worked in one applicable shift are between 3:30 p.m. and 8:00 a.m.

Differential shall apply only to the hours which fall within the defined differential time frame. Shift differentials will not be applied in addition to Saturday and Sunday differentials.

### Section 4. Saturday and Sunday Differentials

Employees assigned to work on Saturdays or Sundays shall be compensated with a differential of 25 percent. The differential shall be applied by multiplying the employee's base hourly rate by 1.25.

### Section 5. Wage Pay Practices

All new employees, employees returning from leave without pay, and employees returning under recall, will be paid on the first regular pay day of their employment or reemployment.

### Section 6. Pay Error

In the event of a pay error by the Employer it shall be corrected and the employee paid within two (2) working days. The Employer will furnish the Union with the names of the responsible payroll personnel to contact in case of the need to correct a pay error.

### Section 7. Overpayment Error

In the event of an overpayment by the Employer, the repayment timetable shall be mutually agreeable between the Employer and the employee.

### Section 8. Weekend Bonus

In the Division of Nursing when medication Licensed Practical Nurses volunteer to work what would normally be considered their weekend off, they will receive a bonus payment of $50 per weekend actually worked. This weekend bonus will be distinct from the normal differentials. This provision shall not apply when hours are in conjunction with overtime situations.

### Section 9. Weekend

Weekends shall be Saturday, 7:30 a.m. through Monday, 7:30 a.m. for all basic shifts. Employees who are assigned to the midnight shift may request Friday and Saturday nights as their weekend.

## ARTICLE XII
## ON-CALL AND EMERGENCY CALL-BACK

### Section 1. On-Call

(a) Employees on call, by specific request of the Employer, shall be compensated at the rate of one half (1/2) times his/her basic hourly rate for each hour on-call.

### Section 2. Call-Back Time

Any employee called back to work outside of his regularly scheduled shift shall be paid a minimum of

two hours at the overtime rate for the position.

An employee required to work on call-back time which extends through his/her regular days off shall have the option of receiving premium pay for call-back time worked or shall be given the following two days (2) off where staffing permits.

### Section 3. Failure to Report

Any employee on-call who cannot be reached, or who fails to report after being contacted and asked to report for work, or who reports but is physically unfit to perform his duties, shall not receive call-back compensation.

### Section 4. Stand By Time

Whenever the Employer requires an employee to be available for call-back, the employee shall be placed in an on-call status.

### Section 5. Non-Call Status

(a) Any time an employee who is not assigned "On Call" status and is called back to work, such employee will be guaranteed minimum compensation at the equivalent of four (4) hours pay at the regular rate.

(b) Any employee who reports to work and is sent home because of a lack of work or works less than two (2) hours shall receive at least four (4) hours of pay.

### Section 6. Emergency Staff

(a) Definition: An emergency is any situation that develops suddenly and unexpectedly or an unforeseen combination of circumstances and results thereof that demands immediate action.

(b) When an unavoidable emergency occurs in which the original duty schedule does not provide minimum coverage, the supervisor may require an employee to work shifts and/or days different from those originally posted. In order to accomplish coverage, the supervisor will first seek volunteers. If unable to obtain the volunteers, the supervisor will use inverse seniority provided the employee has at least one year's seniority in the unit. The employee providing emergency coverage will receive the shift change bonus under Article 4, Section 5 of this Agreement.

(c) Employees who report in late will be permitted to work a full eight hour tour of duty. In those instances when employees report for duty within two (2) hours of their scheduled shift during a weather emergency and do not wish to work a full eight hours, they may use leave. Such leave will not be unreasonably withheld.

(d) Employees who work sixteen (16) to twenty-four (24) hours will be given the next day off. The employee will be required to express his/her desire about designating duty hours to achieve the required forty (40) hours of regular time for that week.

(e) Employees who call in because of an inability to report to work during weather emergency will be granted annual leave if transportation assistance cannot be provided.

(f) The Employer will ensure that those employees who were transported to work will be provided with return transportation home.

(g) Attempts will be made to group employees assigned sleeping arrangements outside of the main building so that persons do not have to travel alone. In those instances when a single employee has to go to an outside sleeping facility, an escort will be provided.

(h) An employee shall be paid overtime for hours worked after his/her regular shift until the emergency is over. Employees shall receive on-call pay for non-work time while sleeping at the Hospital or hotel (Howard Inn) at Management's request.

## ARTICLE XIII
## DISCIPLINE AND DISCHARGE

**Section 1.**
Except for cases in which employee conduct is likely to result in damage to hospital property or injury to other individuals, disciplinary measures shall be taken in the following order:

1. Counseling

2. Reprimand (Must be in writing)

3. Suspension (Notice must be given in writing)

4. Termination (Notice must be given in writing)

Notice of any disciplinary action or measure imposed upon an employee must be received by the employee within 15 work days after the matter upon which the proposed action is based. All discipline shall be for just cause. Discipline of probationary and temporary employees is not grievable and will be governed by applicable University regulations.

### COUNSELING

Employees may be counseled by their supervisors whenever the need arises. Counseling shall include a meeting between the employee and his/her immediate supervisor. The employee at his/her option may elect to have Union representation present. Confirmation of such counseling should be given in writing.

### REPRIMANDS

1. Counseling and reprimands shall be given by immediate supervisors to employees under their supervision.

2. Written Reprimands may be made part of the official Personnel Folders, with a copy to the Union President. Written Reprimands shall be removed from the employee's Personnel Folder after twelve months and may not be held against the employee in any further disciplinary matter thereafter.

3. If a Supervisor has reason to reprimand an employee, it should be done in a manner that will not embarrass the employee before other employees or the public.

### SUSPENSION

Suspension may be recommended within the employee's chain of supervision when the best interest

of the University will be served by the employee's removal from duty or when an employee is deemed to be a potential danger to persons and/or property.

### SUSPENSION PENDING INVESTIGATION

This type of suspension is given when the nature of the employee's conduct jeopardizes the safety of others or University property. It is for investigatory purposes only and shall not be considered a disciplinary suspension. Employees serving this type of suspension shall do so without loss of leave or salary for the period of suspension.

A Suspension Pending Investigation does not require a formal Personnel Recommendation form, but, does require written notification to the Executive Director and the Department of Personnel Management. The suspension, normally, should not exceed five (5) working days.

### SUSPENSION FOR DISCIPLINARY REASONS

This type of suspension is recommended when an employee demonstrates unsatisfactory work performance, conduct incompatible with the welfare of the University, or other offenses which warrant disciplinary action less severe than termination. Such suspensions are without pay and require a formal Personnel Recommendation form supported by a justification for the suspension. The suspension is limited to a maximum of five (5) working days.

Prior to any suspension or termination actions, except where an employee demonstrates violence or inability to function in a rational manner or where an employee is suspended pending investigation, the employee shall be notified in writing of the proposed action with a copy to the union president. A shop steward shall be given an opportunity to represent the employee.

In suspension and discharge cases the employee shall have the opportunity to file a grievance at the 3rd step of the grievance procedure. Employees found to have been improperly suspended or discharged shall be made whole with respect to pay, benefits, and seniority.

### ARTICLE XIV
### GRIEVANCE PROCEDURE

A grievance shall be any dispute arising out of the terms of this Agreement and shall be processed within ten (10) working days of the date of the grievance or the employee's knowledge of its occurrence as follows:

Step 1 - The aggrieved employee and the Union Steward shall discuss the Grievance with the employee's immediate Supervisor. If the Grievance is not here resolved, it shall be reduced to writing and presented to the Department Head with three (3) days following the aforementioned meeting.

The Supervisor and/or the employee has the right to waive, in writing, Step One.

Step 2 - The Department Head, or his designee, shall meet with the employee and the Union Steward within five (5) work days of the receipt of the grievance. A written answer to the grievance shall be given within five (5) days subsequent to the meeting.