ness of those smocks. Those uniforms lost or damaged by the laundry will be replaced at no cost to the employee. The Employer will not be responsible for cleaning, laundering or maintaining those uniforms or protective clothing for which employees receive allowances. The Employer also reserves the right to establish instructions governing the issuance, replacement and return of uniforms or protective clothing.

Allowances will be paid twice a year at six month intervals to eligible employees on the payroll. These allowances shall be paid to full-time employees even though the employees are not on the rolls during a portion of the pay period. Such allowance shall be jointly determined by the Union and the Employer.

All other full-time and part-time employees working on regularly scheduled tours of duty shall be paid that proportion of the pro-rated allowance which their regularly scheduled tour of duty bears to eighty hours.

Allowance shall not be paid to employees in a non-pay status during an entire pay period (80 hours), to employees on terminal leave, or to employees while suspended or separated unless later reinstated. Such allowance shall not exceed three hundred and fifty dollars ($350.00) per year.

### Section 5. Agreement

The Employer and the Union agree to furnish each member-employee a copy of this Agreement at no cost to the employee. Costs shall be borne equally by the Employer and the Union and, printing arrangements to be mutually agreed upon.

The Employer agrees to allow presentation of Union information to new employees at University conducted orientation sessions.

The Employer shall furnish, quarterly, to the Union a list of employees entering or leaving the bargaining unit.

### Section 6. Training and Career Ladder Programs

(a) The Employer and the Union recognize the need for increased cooperation in the areas of the employee training and upward mobility. Both parties subscribe to the principles of career ladders and promotion from within, consistent with other articles of this contract. Therefore, both parties agree to establish a joint employee management committee, composed of three (3) unit employees and three (3) persons selected by the Employer which shall cooperate fully in the development of training and career ladder programs.

(b) The Union and the Hospital propose the establishment of a Task Force to be composed of three representatives from each to review a jointly sponsored union management upper-mobility program that will provide for upper mobility within the bargaining unit. The Task Force may call upon the expertise of the Hospital and the Union to achieve its task.

Joint sponsorship includes support by the Hospital and the Union. The Task Force should prepare its initial report to the President of the Union and the Executive Director of the Hospital in six months.

(c) In order to provide on the job training, career advancement opportunities, and upward mobility, the parties agree that employees may participate in an upward mobility training program and, in doing so, voluntarily perform duties outside their job classification, without compensation.

In each instance, the employee and the employer through the Office of Education and Training, will first jointly develop a training plan which establishes realistic skill enhancement goals for the employee and an individualized training plan to achieve the goals. The Union will be given the opportunity to review and approve the plan.

Employees successfully completing their respective upward mobility training programs will be given priority consideration to fill vacancies for which they qualify, as a result of the training, prior to Howard University Hospital attempting to fill position from the outside.

### Section 7. Departmental Policy Manuals

The Employer agrees that there shall be no departmental policies or guidelines in conflict with the provisions of this contract and further agrees to meet and negotiate with the Union on implementation and impact of changes in personnel policies, practices and other matters affecting working conditions of bargaining unit members prior to the issuance of the policies and guidelines.

The Employer shall furnish the Union with copies of all departmental Policy Manuals.

### Section 8. New and Changed Classifications

The Employer may establish salary grades for new or changed occupational classifications and present

such rates of pay to the Union. Failure to agree on the final rate shall not preclude the filing of a grievance. Any higher rate determined through the grievance procedure or arbitration shall be retroactive to the date an employee worked in the new or changed classification.

The Employee may request a desk audit of his position from the Office of Personnel Administration if his current job description does not reflect the true nature of his work.

### Section 9. Job Descriptions

The Employer shall supply an up-to-date copy of all position descriptions covering job categories in the bargaining unit to the Union within 90 days of the effective date of this contract.

### Section 10. Work out of Classification

All assignments to work out of classification will be in writing either by a written memorandum, written agreement, or an official personnel recommendation.

Individuals required to work out of classification for less than ten days will have such hours accumulated and shall be paid bi-monthly for those hours.

Individuals required to work out of classification for ten or more consecutive days shall have a personnel recommendation submitted for the payment of those hours by the tenth day of such work.

Payment for the higher classification shall be paid at the beginning step; or at a step that will yield a rate of at least $0.50 per hour above the employee's current salary. Payment will be distributed in the pay period following receipt of the approved recommendation.

### Section 11. Sexual Harassment

The University and the Union recognize that sexual harassment is a form of misconduct which undermines the integrity of employment relationships and adverse-

ly affect employment opportunities. All employees must be allowed to work in an environment free from unsolicited and unwelcome sexual overtures. Therefore, the parties mutually agree to identify and work to eliminate such occurrences.

Sexual harassment is defined as deliberate or repeated unsolicited verbal comments, gestures, or physical contact of a sexual nature which are unwelcome. Use of implicit or explicit coercive sexual behavior or control which influences or affects the career, salary, or job of an employee is sexual harassment.

### ARTICLE XX
### UNION MANAGEMENT CONFERENCES

**Section 1.**

The Employer and the Union agree to meet regularly, preferably bi-monthly, absent unforseen circumstances, to discuss matters of mutual concern. Such meetings shall be referred to as Labor-Management Conferences and shall not be used by either party to present or discuss grievances in any form or fashion. Problems of mutual concern, including conditions tending to cause misunderstandings, shall be considered and recommendations may be made to either the Employer or the Union or to both, by the persons present at any conference. Such meetings shall be exclusive of the grievance procedure provided for elsewhere in this Agreement and grievances shall not be considered at such meetings.

**Section 2.**

The Employer's representatives shall consist of the Director of Operations Support or designee and, such other full-time employees of the University as may

48

from time to time be invited, not to exceed six in number. The Union's representation shall consist of the President and other full-time officers of the Union and/or full-time members of the Union employed by the Employer who are members of the bargaining unit covered by this Agreement provided, however, that such representation shall not exceed six in number.

**Section 3.**

The date, place, and hour of meetings shall be mutually agreed upon by the parties. The President of the Union shall forward to the Director of Operations Support at least seven days in advance of each conference, the names of University employees the Union has selected to participate in the conference. Such names will be provided to the Director of the Division responsible for the supervision of the employee(s) who shall make an effort to relieve the employee(s) for such time as is necessary for attending the conference without loss of pay or leave time. Where possible, the Union will be given timely notice as to the inability of any of the employees selected by it to participate due to any overriding need of their services by the Employer.

**Section 4.**

Representatives of the Employer and the Union shall alternate taking minutes of the conferences and assuming the responsibility for reproduction and distribution to the conferees within seven days following such conferences.

49

## ARTICLE XXI
## MANAGEMENT RIGHTS

**Section 1.**

    (a) The Union recognizes that subject only to the express provisions of this agreement, the supervision, management, and control of the Employer's business operations and divisions are exclusively the function of the Employer.

    (b) It is the intention that all of the rights, powers, prerogatives and authorities that the Employer had prior to the signing of this Agreement are retained by the Employer except those, and only to the extent that they are specifically abridged or modified by this Agreement.

**Section 2. Authority**

    (a) It is recognized that the President of Howard University is the duly appointed agent of the Board of Trustees of Howard University for the purpose of carrying out all obligations at the University under this Agreement. It is further recognized that the President may delegate such of his powers as he may deem appropriate to effectuate the purpose of this Agreement.

    (b) It is recognized that the President of Local Union 2094, AFSCME, AFL-CIO is the duly authorized agent of the Union for the purpose of carrying out all obligations of the Union under this Agreement. It is further recognized that the President of Local Union 2094, AFSCME, AFL-CIO, may delegate such of his power and duties as he may deem appropriate to effectuate the purpose of this Agreement.

    (c) The Union shall inform the Employer from time to time, in writing, the name of the persons authorized to enter into negotiations and make decisions for the Union. The Employer shall inform the Union from time to time, in writing, the name of persons authorized to enter into negotiations and make decisions for the Employer.

## ARTICLE XXII
## TRANSFEREE'S STATUS

It is understood that Freedmen's Hospital career or career conditional employees who transferred to Howard University as of July 1, 1967 are entitled to the special provisions applicable to them stipulated in the Agreement executed by Howard University and the Department of Health, Education and Welfare, dated July 11, 1962, and in the Agreement supplementary thereto executed under date of August 3, 1967.

All former career and career conditional employees of the Hospital who as of July 1, 1967, became employees of Howard University shall retain benefit status and tenure attained by them as of the date immediately preceding and effective date of the transfer. (See Appendix A for copy of Transfer Agreement).

IN WITNESS WHEREOF, the parties hereto have set their hands this _____ day of September, 1992.

FOR HOWARD UNIVERSITY/HOSPITAL

James A. Fletcher
Vice President for Business
and Fiscal Affairs

52

---

## ARTICLE XXIII
## SAVINGS CLAUSE

In the event any Article, Section, or Portion of this Agreement should be held invalid and unenforceable by any Court of competent jurisdiction, such decision shall apply only to the specific Article, Section, or portion thereof specified in the Court's decision; and upon issuance of such a decision, the Employer and the Union agree to immediately negotiate a substitute for the invalidated Article, Section, or Portion thereof.

## ARTICLE XXIV
## MAINTENANCE OF BENEFITS

### Section 1

(a) The employer agrees that all benefits, working conditions, and procedures affecting employees prior to the date of this Agreement shall be continued during the term of this Agreement, except, where such benefits, working conditions and procedures are altered by this Agreement, or by mutual agreement of the parties.

(b) The employer agrees that eligible employees shall be covered by the Retirement Plan as set forth in the University President's memorandum and attachments dated June 19, 1987. The terms of said plan shall be incorporated by reference into this Agreement.

53