(c) A part-time employee who works at least twenty (20) hours per week is eligible for appropriately pro-rated health and life insurance, leave and tuition remission in accordance with established University policy. The insurance benefits will be available on the first day of the next benefit year (open season).

(d) Eligible part-time employees may contribute up to twenty (20%) of their salary into the University sponsored Supplemental Retirement Account in accordance with established University policy.

Eligible employees covered by this Agreement shall be covered by the University sponsored Savings Plan in accordance with established University policy.

## ARTICLE XXV
## HEALTH CARE

**Section 1.**
(a) Initial treatment for employees who become ill or injured on the job shall be provided through the Hospital Employee Health unit or the Emergency Room at no cost to the Employee.

(b) The University shall make reasonable provisions for the Health of its employees in accordance with the laws of the District of Columbia and the provisions of Federal Occupational Safety and Health Act. These provisions cover preemployment and annual physical at no expense to the employee, including chest x-ray and other exams when necessary. Each employee must assume responsibilities for adherence to the policy on annual physical.

## ARTICLE XXVI
## HEALTH AND WELFARE FUND

The University agrees to provide life insurance coverage of 1-1/2 times the yearly salary of each employee.

## ARTICLE XXVII
## PERFORMANCE EVALUATION

**Section 1.**
It is understood that employees and supervisors will work together in developing an employee's skills, abilities and attitudes that contribute to success on the job. The supervisor will assist staff in developing their skills and abilities through training and counseling sessions, and identifying areas where improvement is needed. The Supervisor will provide written guidelines for improving deficiencies. It is further understood that success will also depend upon the employee's performance and willingness to improve deficiencies.

**Section 2.**
Each employee shall have an informal (verbal) performance evaluation at the halfway point in the probationary period and a written performance evaluation at the end of probation. Thereafter, each employee shall receive on his/her anniversary date, a written performance evaluation from the immediate supervisor. An employee shall receive a three (3) month notice of the due date of the evaluation.

All evaluations must be completed and reviewed with the employee within thirty (30) days after the due date in a scheduled evaluation conference. The employee shall have an opportunity to comment orally

and in writing on the evaluation. Each employee shall acknowledge that the evaluation has been reviewed by signing and dating the document. Each employee shall receive a copy of the evaluation.

### Section 3.

Employees cited for deficiencies and incompetence shall be given a forty-five (45) day period within which to correct any cited deficiencies. They shall receive counseling to communicate basic and positive means of correcting deficiencies and promoting professional growth. The supervisor shall discuss the employee's strengths and weaknesses with suggestions and advice for improvement. The supervisor will provide the proper training and supervision necessary to do the job correctly. Such improvement must be maintained during the next annual evaluation period.

### Section 4.

If any employee is not satisfied with his/her evaluation he/she may discuss it with the next level supervisor up through the department head and division director. The reviewer shall have the authority to change the evaluation.

Such discussions regarding the performance evaluation are not considered as filing of a formal grievance as defined in Article XIV. If an employee does decide to grieve his/her annual performance evaluation, it must be done in accordance with Article XIV.

### Section 5.

Performance Evaluations shall be removed from the employee's personnel folder every two years.

### Section 6.

Management and the Union will work together to develop and improve performance evaluation forms.

Evaluation forms shall be standardized to the extent possible. Employees receiving satisfactory or above average evaluations shall be awarded appropriate recognition.

## ARTICLE XXVIII
## TERMINATION

This Agreement shall be effective as of this 28th day of September, 1992, and shall remain in in full force and effect until the 30th day of September, 1995

It shall be automatically renewed from year to year thereafter unless either party shall notify the other in writing 90 days prior to the anniversary date that it desires to modify this Agreement. In the event that such notice is given, negotiations shall begin not later than 60 days prior to the anniversary date; this Agreement shall remain in full force and be effective during the period of negotiations or until notice of termination of this Agreement is provided to the other party in the manner set forth in the following paragraph.

In the event that either party desires to terminate this Agreement, written notice must be given to the other party not less than 10 days prior to the desired termination date which shall not be before the anniversary date set forth in the preceding paragraph.

APPENDIX A
AGREEMENT
between
HOWARD UNIVERSITY
and the
SECRETARY OF HEALTH, EDUCATION, AND WELFARE
for the
TRANSFER OF FREEDMEN'S HOSPITAL

Pursuant to Public Law 87-262 (an Act to establish a teaching hospital for Howard University and to transfer Freedmen's Hospital to the University) the Board of Trustees of Howard University and the Secretary of Health, Education, and Welfare agree as follows:

Part 1. General Purposes and Rules of Interpretation

This agreement is for the purpose of:

(A) Assisting in the provision of modern teaching hospital resources for Howard University, thereby assisting the University in the training of medical and allied personnel and in providing hospital services for the community; and

(B) Carrying out the stated intent of Congress to effect the transfer of Freedmen's Hospital to Howard University as soon as practicable, to assure the well-being of patients at Freedmen's Hospital during the period of transition, and to effect the transfer with minimum dislocation of the present hospital staff and maximum consideration of their interests as employees.

All provisions of this agreement are to be interpreted in light of these objectives

Part IV. Provisions for Hospital Personnel

A. All individuals who are career or career-conditional employees of Freedmen's Hospital on the day preceding the effective date of the transfer, except those in positions with respect to which they have been notified at least six months prior to the effective date of transfer that their positions are to be abolished, will be offered an opportunity to transfer to Howard University.

B. Howard University will not reduce the salary levels for such employees who transfer.

C. Howard University will deposit currently with respect to such employees who transfer (i.) in the civil service retirement and disability fund created by the Act of May 22, 1920, the employee deductions and agency contributions required by the Civil Service Retirement Act, and (ii) in the fund created by section 5(c) of the Federal Employee's Group Life Insurance Act of 1954 the employee deductions and agency contributions required by the Federal Employees' Group Life Insurance Act of 1954.

D. In determining the seniority rights of its employees, Howard University will credit service with Freedmen's Hospital performed by such employees who transfer, on the same basis as it would credit such service had it been performed for such University.

E. Howard University will also provide the following benefits for such employees who transfer, provided, however, that these shall be modified, as necessary, to take account of changes on or before the effective date of transfer in the benefits generally applicable to civilian employees of the United States.

1. Career status, probation and tenure. The status of individual transferees as career or career conditional employees at Howard University will be determined after the transfer on the same basis as if they had continued in Civil Service employment at Freedmen's Hospital. The University will continue for transferees for probation and tenure provisions applicable to employees of Freedmen's Hospital on the day preceding the effective date of the transfer.

2. Promotion and reassignment. The University will offer to transferees opportunities for promotion and reassignment to vacancies on the hospital staff under a promotion program in writing, designed systematically to (a) seek and select the best qualified available person for each job, (b) make selections from as wide an area of competition as practicable (c) provide employees with opportunity for growth and advancement consistent with their capacities and the needs of the University, (d) give preferential consideration to qualified employees of the hospital and fill jobs from outside only when the outside candidates is judged to be better qualified than available employees who are eligible for consideration, and (e) make selections solely on the basis of merit. The University will also extend to all transferees the opportunity to be considered for other vacancies at the University, in addition to vacancies occurring at the hospital.

3. Employee development. The University will provide opportunities for on-the-job and other non-Federal training equivalent to those available to employees of Freedmen's Hospital before transfer, and opportunities for participation in Federal training programs open to them as nongovernmental employees, in addition to such privileges of free tuition and educational leave as are available to other employees of the University. The Secretary will seek to enlarge opportunities for them in appropriate Federal training programs.

4. Health benefits. The University will provide benefits for transferees equivalent to those available to them under the Federal Employee's Health Benefits Program on the day preceding the effective date of transfer.

5. Reduction in force. In any reduction of force within the hospital, the retention and re-employment rights of the transferees will be determined on the same basis as if they had continued in Civil Service employment at Freedmen's Hospital, with the hospital being considered the area of competition. The University will also consider transferees for reassignment or re-employment in any position of the University where a vacancy exists for which the transferee is found to be competent.

6. Annual leave. The University will continue for transferees for the annual leave provisions applicable to them on the day preceding the effective date of transfer, counting equally (a) service credited to the transferees before the effective date of transfer for purposes of

determining their rate of accrual of annual leave, and (b) service at Howard University.

7. Sick leave. The University will assume the sick leave accumulated or currently accrued to the credit of the respective transferees as of the close of the day preceding the effective date of the transfer and will continue the sick leave provisions then applicable to them at Freedmen's Hospital, including (if such provisions are applicable then) the unlimited accumulation of unused sick leave and the recrediting of unused sick leave upon re-employment within three years after separation.

8. Other forms of leave. The University will continue for transferees the provisions applicable to them on the day preceding the effective date of transfer, with respect to court leave, maternity leave, military leave and furlough, leave without pay and any other forms of leave.

9. Hours of duty and compensation for overtime, night and holiday duty. The University will continue for transferees the provisions applicable to them on the day preceding the effective date of transfer, with respect to hours of duty and compensation for overtime, night, standby, and holiday duty.

10. Wage and salary administration. The University will maintain (a) classification and compensation plans equivalent to those of the Federal Government's Wage Board system and General Schedule system on the effective date of transfer, and (b) an annual survey of the classification of all transferred positions occupied by transferees.

11. Injury compensation. The University will continue for transferees the benefits applicable to them on the day preceding the effective date of transfer, with respect to compensation for injuries (including diseases) sustained in the performance of duty, including disability payments, indemnities, medical services, and death benefits.

12. Incentive awards. The University will continue for transferees the program applicable to them on the day preceding the effective date of transfer for cash awards and honor awards for suggestions, inventions, superior work accomplishments, and special acts of public service.

13. Allowances for uniforms. The University will continue for transferees the allowances for uniforms applicable to them on the day preceding the effective date of transfer.

14. Counseling services. The University will provide for transferees the counseling services equivalent to those available to them before the effective date of transfer. 15. Employment organization and employee-management relations. The University will assure to all employees of the hospital the rights and benefits generally applicable, on the effective date of transfer, to civilian employees of the United States with respect to employee organizations and employee-management relations. The University will also extend to the transferees all rights of collective bargaining,