UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSSI M. POTTS,

    Plaintiff,

v.

HOWARD UNIVERSITY HOSPITAL,

    Defendant.

Civil Action Nos.:  04-1856 (RMU)
04-2103 (RMU)
05-1317 (RMU) *File*

### ORDER

**APPOINTING COUNSEL**

FILED
SEP 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 27th day of September, 2005, hereby

**ORDERED** that plaintiff is granted leave to proceed *in forma pauperis*; it is

**FURTHER ORDERED** that pursuant to Local Civil Rule 83.11, the Clerk of the Court shall appoint counsel from the Civil Pro Bono Panel to represent plaintiff in the above-captioned actions; and it is

**ORDERED** that the appointment process be expedited; it is

**FURTHER ORDERED** that the proceedings are stayed pending completion of the appointment process.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge