UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS,<br><br>   Plaintiff,<br><br>   v.<br><br>HOWARD UNIVERSITY HOSPITAL,<br><br>   Defendant. | (CONSOLIDATED)<br>Civil Action Nos.:   04-1856<br>    RMU/DAR       04-2103<br>                           05-1317<br>                           05-1929 |

**SUPPLEMENTAL SCHEDULING ORDER**
**(Instructions to Pro Se Plaintiff)**

     The purpose of this Order is to advise pro se Plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court, in accordance with the dictates of this Circuit. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Ham v. Smith, 653 F.2d 628 (D.C. Cir. 1981); Hudson v. Hardy, 412 F.2d 1091 (D.C. Cir. 1968).

     The scheduling order entered by the undersigned on February 21, 2006 requires Defendant to file its motion to dismiss by no later than April 21, 2006. The same order requires Plaintiff to file his opposition to Defendant's motion to dismiss by no later than May 22, 2006. Plaintiff is hereby advised that the rules of this Court provide that if an opposition to a motion is not filed by the deadline set by the Court, then "the Court may treat the motion as conceded." Local Civil Rule 7(b).

February 22, 2006                                            /s/
                                                       DEBORAH A. ROBINSON
                                                       United States Magistrate Judge

2