# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS, | * |
| | * |
| Plaintiff, | * |
| | *Civil Action Nos.: 1:04-CV-1856 (RMU) |
| v. | *          1:04-CV-2103 (RMU) |
| | *          1:05-CV-1317 (RMU) |
| HOWARD UNIVERSITY, | *          1:05-CV-1929 (RMU) |
| | * |
| Defendant. | *          CONSOLIDATED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibit A to Defendant Howard University's Motion to Dismiss Consolidated Amended Complaint exist only in paper format and if scanned will be larger than 1.5 MB. The exhibit will be filed with the Clerk's Office and on Plaintiff in paper format.

Respectfully submitted,

 /s/_____
Timothy F. McCormack
Bar No. 385025
Jennifer E. Keyser


BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 E. Lombard Street
18th Floor
Baltimore, Maryland 21202
(410) 528-5600
Facsimile: (410) 361-8901

Attorney for Defendant Howard University

DMEAST #4196548 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of April, 2006 a copy of the foregoing Notice of Filing Lengthy Exhibit was served electronically to:

>Rossi M. Potts
>14124 Bishop Claggett Court
>Upper Marlboro, Maryland  20772


_/s/_____
Timothy F. McCormack