IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSSI M. POTTS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action Nos.:  1:04-CV-1856 (RMU) |
| v. | * | 1:04-CV-2103 (RMU) |
| | * | 1:05-CV-1317 (RMU) |
| HOWARD UNIVERSITY, | * | 1:05-CV-1929 (RMU) |
| | * | |
| Defendant. | * | CONSOLIDATED |
| | * | |
| | * | **ORAL HEARING REQUESTED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**REPLY MEMORANDUM OF DEFENDANT HOWARD UNIVERSITY IN SUPPORT <u>OF MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT</u>**

Defendant Howard University, by its undersigned counsel responds to the "Motion LCvR7 a,b,c. And Federal Rule 8(a) Claims for Relief Memorandum of Opposing Points and Authorities" (the "Motion") and states that the Motion is not responsive to the Motion of Defendant Howard University to Dismiss Consolidated Amended Complaint nor does the pleading supplement the Plaintiff's Amended Complaint filed on March 21, 2006.

Defendant Howard University has established that every count of Plaintiff's Consolidated Amended Complaint (i) fails to meet the pleading standards set forth in Rule 8(2); (ii) is barred by the expiration of the applicable statutes of limitations; (iii) is barred by Plaintiff's failure to exhaust his administrative remedies; or (iv) fails to state a claim upon which relief can be granted.  Plaintiff's latest filing fails to offer any substantive opposition to the University's Motion to Dismiss and, like Plaintiff's Consolidated Amended Complaint, the Motion fails to satisfy the requirements of Rule 8 of the Federal Rules of Civil Procedure.

Neither pleading presents the factual predicate necessary to give Howard University fair notice of the nature, basis or grounds of the Plaintiff's claims or the general indication of the type of litigation involved in this matter. *See Wright and Miller, Federal Practice and Procedure*: Civil 3d §1215 (2004). Plaintiff's latest motion merely restates the broad, wholly unsupported allegations, averments and/or legal conclusions that Plaintiff states in his Consolidated Amended Complaint (which is a consolidation of the same counts in his five previous lawsuits). As in his other papers, Plaintiff's Consolidated Amended Complaint, even as supplemented by his latest filing, relies on long-settled matters and fails to allege any facts that would support any claim of discrimination or retaliation. Plaintiff is simply repeating the same irrelevant arguments, unsubstantiated facts and irrelevant and incorrect case law.

Even though Plaintiff is proceeding *pro se* in this matter, there exists a minimum standard of pleading. Even a *pro se* litigant is required to state his claim in an understandable manner. Courts in other jurisdictions have dismissed the complaints of *pro se* plaintiffs where they, like Potts, have filed incoherent and repetitive claims. *Hughes v. Rowe*, 449 U.S. 5 (1980); *Fisher v. United Feature Syndicate*, 37 F. Supp. 2d 1213 (1999). Most importantly, a *pro se* plaintiff must still allege sufficient facts to support any legal claims made in his complaint. *Riggs v. Boeing Co.*, 12 F. Supp. 2d 1215 (1998). The Consolidated Amended Complaint and Plaintiff's subsequent Motion fail to state any facts or demonstrate that under any set of facts discoverable, that Plaintiff has even a single cognizable cause of action. Plaintiff's thirty-eight-page, eight-count Complaint should be dismissed.

For the reasons stated above, the Consolidated Amended Complaint of Rossi M. Potts should be DISMISSED and the Motion LCvR7 a,b,c. And Federal Rule 8(a) Claims for Relief Memorandum of Opposing Points and Authorities should be DENIED.

Respectfully submitted,

 /s/_____
Timothy F. McCormack
Bar No. 385025
Jennifer E. Keyser

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 E. Lombard Street
18th Floor
Baltimore, Maryland 21202
(410) 528-5600
Facsimile: (410) 361-8901

Attorney for Defendant Howard University

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of June, 2006, a copy of the foregoing was mailed, first-class, postage prepaid, to:

>Rossi M. Potts
>14124 Bishop Claggett Court
>Upper Marlboro, Maryland  20772

>_/s/_____
>Timothy F. McCormack