**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ROSSI M. POTTS,                          :
                                         :
              Plaintiff,                 :
                                         :      Civil Action Nos.:    04-1856 (RMU)
              v.                         :
                                         :      Document No.:         36
HOWARD UNIVERSITY,                       :
                                         :
              Defendant.                 :

## <u>ORDER</u>

**Granting the Defendant's Motion to Dismiss**

For the reasons stated in this court's Memorandum Opinion separately and

contemporaneously issued this 4th day of January, 2007, it is hereby

**ORDERED** that the defendant's motion to dismiss is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge